**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number (*if known*) _____  Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | NAVA Health Medical Group, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA Integrated Wellness MD, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1373366 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 8316 Arlington Boulevard <br> Suite 206 <br> Fairfax, VA 22031 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fairfax <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.navacenter.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     NAVA Health Medical Group, LLC                                    Case number (*if known*) _____
     Name

**7.  Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4561

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor     NAVA Health MD, Inc.                    Relationship     Affiliate

Debtor    NAVA Health Medical Group, LLC
Name

Case number (if known)

District    Eastern District of Virginia, Alexandria Division    When    3/1/26    Case number, if known    26-10497

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | NAVA Health Medical Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 1, 2026
                MM / DD / YYYY

**X** /s/ Bernaldo Dancel
Signature of authorized representative of debtor

Bernaldo Dancel
Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Kevin ODonnell
Signature of attorney for debtor

Date   March 1, 2026
       MM / DD / YYYY

Kevin ODonnell
Printed name

Henry and ODonnell PC
Firm name

5791 Bush Hill Drive
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone    (703) 861-2662        Email address    kmo@henrylaw.com

VA
Bar number and State

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    NAVA Health Medical Group, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 1, 2026      **X** /s/   Bernaldo Dancel
                                           Signature of individual signing on behalf of debtor

                                           Bernaldo Dancel
                                           Printed name

                                           CEO
                                           Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    NAVA Health Medical Group, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981531 El Paso, TX 79998-1531 | | Credit card purchases | | | | $117,280.68 |
| Ameris Bank P.O. Box 105075 Atlanta, GA 30348 | | Inmode Optimas System - Boca | | $113,692.48 | $30,000.00 | $83,692.48 |
| Beckman Coulter Inc Dept. CH 10164 Palatine, IL 60055-0164 | | Trade Account | | | | $158,124.59 |
| C. Douglas Lord, MD 15814 Thistlebridge Drive Rockville, MD 20853 | | Professional Service Fees | | | | $83,400.00 |
| Cigna 900 Cottage Grove Road, W3SIU Hartford, CT 06152 | | Insurance claims | | | | $1,633,017.40 |
| Falcon Equipment Finance PO Box 843840 Dallas, TX 75284-3840 | | Exion Emface Multiplatform - Fairfax | | $202,691.59 | $133,445.00 | $69,246.59 |
| Google, Inc. P.O. Box 39000, Dept. 33654 San Francisco, CA 94139 | | Trade Account | | | | $640,411.66 |
| HomeTrust Bank 17065 Nat Bynum Lane Corneilius, NC 28031 | | Exion Emface Multiplatforms (2) - Columbia & Bethesda | | $393,609.48 | $214,090.00 | $179,519.48 |
| Idea 24-7, Inc. Attn Justin Leto 800 NW 62nd Ave, Suite 750 Miami, FL 33126 | | Secured by company assets | | $231,110.73 | $0.00 | $231,110.73 |

| Debtor | NAVA Health Medical Group, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Laboratory Corporation of America PO Box 12140 Burlington, NC 27216-2140 | | Trade Account | | | | $547,719.23 |
| Merritt Properties, LLC 2066 Lord Baltimore Drive Baltimore, MD 21244 | | Construction costs | | | | $70,486.00 |
| MMP Capital 19 Engineers Lane Farmingdale, NY 11735 Farmingdale, NY 11735 | | Emface 2 | | $179,067.38 | $20,000.00 | $159,067.38 |
| MMP Capital 19 Engineers Lane Farmingdale, NY 11735 | | Emface 2 | | $127,863.04 | $20,000.00 | $107,863.04 |
| NEC Financial Services 250 Pehle Ave Saddle Brook, NJ 07663 | | Inmode Optimas System, | | $122,623.86 | $30,000.00 | $92,623.86 |
| North Mill Equipment 601 Merritt 7, Suite 5 Norwalk, CT 06851 | | Exion Emface Multiplatform - Montvale | | $276,181.30 | $135,000.00 | $141,181.30 |
| Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155-2243 | | Blanket lien on all assets | | $1,999,900.00 | $0.00 | $1,999,900.00 |
| Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155-2243 | | | | $92,056.99 | $0.00 | $92,056.99 |
| Straight North, LLC 1001 W. 31st Street, Suite 100 Downers Grove, IL 60515 | | Trade Account | | | | $155,430.89 |
| Tech-Air Services, LLC 121 Hamburg Tpke Bloomingdale, NJ 07403 | | Liability Under Construction Contract for: | | | | $90,471.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Verizon PO Box 15403 Albany, NY 12212-5043 | | Trade Account | | | | $966,362.23 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    NAVA Health Medical Group, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................. $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $      1,061,916.19

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $      1,061,916.19

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $      4,156,352.52

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      161,041.22

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$      5,462,329.36

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b      $      9,779,723.10

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      NAVA Health Medical Group, LLC

United States Bankruptcy Court for the:      EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank | Certificate of Deposit | 9797 | $13,160.25 |
| 3.2. | Operating Account - Truist Bank | Checking | 8881 | $32,279.42 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $45,439.67

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | Security Deposit with McGaw Road | $12,422.13 |
|---|---|---|
| 7.2. | Security Deposit - HCP MOP | $8,263.33 |

Debtor   NAVA Health Medical Group, LLC _____    Case number *(If known)* _____
         Name

| 7.3. | Security Deposit - Ryan Park | $13,370.66 |
| 7.4. | Security Deposit - Jamestown PCS | $41,634.77 |
| 7.5. | Security Deposit - Easton Market | $21,514.83 |
| 7.6. | Deposit for Lease Renewal - Merritt Properties | $66,857.25 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | Mend Annual software license | $810.00 |
| 8.2. | Orchard Software annual license | $6,482.50 |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                           $171,355.47

Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:     10,358.94      -          0.00      = ....     $10,358.94
                          face amount         doubtful or uncollectible accounts

11b. Over 90 days old:     1,089,026.76    -     1,089,026.76   =....        Unknown
                          face amount         doubtful or uncollectible accounts

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.     $10,358.94

Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | NAVA Health Medical Group, LLC | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Health & Wellness Inventory held for Re-sale | unknown | $0.00 | N/A | $42,440.11 |

23. **Total of Part 5.**

Add lines 19 through 22.    Copy the total to line 84.

| $42,440.11 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office and Center based Furniture - Boca Raton, FL | $32,264.07 | | $7,259.00 |
| Office and Center based Furniture - VA/MD locations | $9,489.00 | | $14,438.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | NAVA Health Medical Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**communication systems equipment and software**

| Office Equipment used in Retail locations. | $8,124.96 | | Unknown |
|---|---|---|---|
| Misc. Therapy Equipment | $1,546,907.71 | | Unknown |
| Proprietary health and wellness software and Web interface. | $0.00 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.    Copy the total to line 86.

| | $21,697.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Exion Emface Multiplatform - Fairfax | $231,304.00 | | $133,445.00 |
| Exion Multiplatform | Unknown | | Unknown |
| Exion Emface Multiplatforms (2) - Columbia & Bethesda | $371,089.34 | | $214,090.00 |
| Emface 2 | $91,300.00 | | $20,000.00 |
| Gainswave 2 Pro | $1,740.00 | | $5,481.00 |
| Emsculpt EO Large Applicator | $4,517.00 | | Unknown |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  NAVA Health Medical Group, LLC                          Case number *(If known)* _____
        <u>Name</u>

| | | |
|---|---|---|
| Hydrafacial | $12,271.00 | $4,800.00 |
| Equiscope | $16,000.00 | $6,000.00 |
| Champion Gulf Spectrum | $20,625.00 | $4,884.00 |
| Emface 2 | $127,966.00 | $20,000.00 |
| Inmode Optimas System, | $91,333.00 | $30,000.00 |
| Emsculpt Neo | $31,900.00 | $35,000.00 |
| Emsculpt - Columbia | $16,802.00 | $35,000.00 |
| Emsculpt Machine - Fairfax | $45,321.00 | $35,000.00 |
| Exion Emface Multiplatform - Montvale | $234,144.00 | $135,000.00 |
| Equiscope | Unknown | $6,000.00 |
| Misc. Medical Equipment | Unknown | Unknown |
| Wavi, Zwave, Equiscope | $44,882.00 | $10,535.00 |
| Wavi, Zwave, Equiscope | $21,833.00 | $7,860.00 |
| Inmode Optimas System - Boca | $123,460.00 | $30,000.00 |
| Inmode Optimas Laser | $71,973.00 | $30,000.00 |
| Dreamseats for Retail Locations | $31,793.00 | $7,530.00 |

51. **Total of Part 8.**                                                        | $770,625.00 |
    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | NAVA Health Medical Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    NAVA Health Medical Group, LLC                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $45,439.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $171,355.47 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,358.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $42,440.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,697.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $770,625.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,061,916.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,061,916.19 |

| Fill in this information to identify the case: |
|---|

Debtor name    NAVA Health Medical Group, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Ameris Bank | Describe debtor's property that is subject to a lien | $113,692.48 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 105075
Atlanta, GA 30348

Inmode Optimas System - Boca

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2024

**Last 4 digits of account number**
7002

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | Channel Partners | Describe debtor's property that is subject to a lien | $43,657.09 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

10900 Wayzata Blvd
Hopkins, MN 55305

Emsculpt Neo

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2022

**Last 4 digits of account number**
8557

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor and its relative priority.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Falcon Equipment Finance | Describe debtor's property that is subject to a lien | $202,691.59 | $133,445.00 |

Creditor's Name

PO Box 843840
Dallas, TX 75284-3840

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2025
**Last 4 digits of account number**
3408

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Exion Emface Multiplatform - Fairfax

**Describe the lien**
Equipment Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Financial Partners Leasing Co. | Describe debtor's property that is subject to a lien | $53,215.33 | $10,535.00 |

Creditor's Name
65 Mechanic Street, Suite 207
Red Bank, NJ 07701

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2024
**Last 4 digits of account number**
9734

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Wavi, Zwave, Equiscope

**Describe the lien**
Equipment Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Financial Partners Leasing Co. | Describe debtor's property that is subject to a lien | $23,155.42 | $7,860.00 |

Creditor's Name
65 Mechanic Street, Suite 207
Red Bank, NJ 07701

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2022
**Last 4 digits of account number**
7828

**Do multiple creditors have an interest in the same property?**
Check all that apply

Wavi, Zwave, Equiscope

**Describe the lien**
Equipment Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Flagstar Bank | Describe debtor's property that is subject to a lien | $59,089.40 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Emsculpt - Columbia | | |

PO Box 650783
Dallas, TX 75265-0783

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2021

**Last 4 digits of account number**
7613

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | HomeTrust Bank | Describe debtor's property that is subject to a lien | $393,609.48 | $214,090.00 |
|---|---|---|---|---|
| | Creditor's Name | Exion Emface Multiplatforms (2) - Columbia & Bethesda | | |

17065 Nat Bynum Lane
Corneilius, NC 28031

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2025

**Last 4 digits of account number**
9184

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Idea 24-7, Inc. Attn Justin Leto | Describe debtor's property that is subject to a lien | $231,110.73 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Secured by company assets | | |

800 NW 62nd Ave, Suite 750
Miami, FL 33126

Creditor's mailing address

**Describe the lien**
Line of Credit

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2025

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    NAVA Health Medical Group, LLC                                    Case number (if known)
_____
Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | LCA Bank Corporation | **Describe debtor's property that is subject to a lien** | $87,272.04 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Inmode Optimas Laser | | |

P.O. Box 1297
Troy, MI 48099-1297
_____
Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2022

**Last 4 digits of account number**
3001

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | Macquarie Equipment Capital Inc. | **Describe debtor's property that is subject to a lien** | $36,261.75 | $7,259.00 |
|---|---|---|---|---|
| | Creditor's Name | Office and Center based Furniture - Boca Raton, FL | | |

1301 Riverplace Blvd. Level 4
Jacksonville, FL 32207
_____
Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2024

**Last 4 digits of account number**
3002

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | MMP Capital | **Describe debtor's property that is subject to a lien** | $127,863.04 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Emface 2 | | |

19 Engineers Lane
Farmingdale, NY 11735
_____
Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**

---

Debtor   NAVA Health Medical Group, LLC                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☒ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |

**Date debt was incurred**
2022
**Last 4 digits of account number**
1013

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | MMP Capital | **Describe debtor's property that is subject to a lien** | $179,067.38 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name
19 Engineers Lane
Farmingdale, NY 11735
Farmingdale, NY 11735
Creditor's mailing address

Emface 2

**Describe the lien**
Equipment Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2022
**Last 4 digits of account number**
1004

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | NEC Financial Services | **Describe debtor's property that is subject to a lien** | $122,623.86 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

250 Pehle Ave
Saddle Brook, NJ 07663
Creditor's mailing address

Inmode Optimas System,

**Describe the lien**
Equipment Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2024
**Last 4 digits of account number**
6283

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | North Mill Equipment | **Describe debtor's property that is subject to a lien** | $74,383.01 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name
601 Merritt 7, Suite 5

Emsculpt Machine - Fairfax

---

| Debtor | NAVA Health Medical Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

Norwalk, CT 06851

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2021

**Last 4 digits of account number**
5450

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | North Mill Equipment | **Describe debtor's property that is subject to a lien**<br>Exion Emface Multiplatform - Montvale | $276,181.30 | $135,000.00 |
|---|---|---|---|---|

Creditor's Name

601 Merritt 7, Suite 5
Norwalk, CT 06851

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2025

**Last 4 digits of account number**
9766

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | Pawnee Leasing Corporation | **Describe debtor's property that is subject to a lien**<br>Dreamseats for Retail Locations | $29,543.80 | $7,530.00 |
|---|---|---|---|---|

Creditor's Name
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2023

**Last 4 digits of account number**
9001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**2.17**  Small Business Administration

Creditor's Name

14925 Kingsport Road
Fort Worth, TX 76155-2243
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**       $1,999,900.00       $0.00
Blanket lien on all assets

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18**  Small Business Administration

Creditor's Name

14925 Kingsport Road
Fort Worth, TX 76155-2243
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**       $92,056.99       $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19**  Tandem Finance, Inc.

Creditor's Name
3801 Automation Way, Suite 207
Fort Collins, CO 80525
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2022

**Last 4 digits of account number**
9021

**Describe debtor's property that is subject to a lien**       $10,977.83       $6,000.00
Equiscope

**Describe the lien**
Equipment Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 7 of 8 |
| --- | --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,156,352.52 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name ___NAVA Health Medical Group, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Abby Gillum<br>908 S Decker Ave<br>Baltimore, MD 21224 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,123.13 | $4,123.13 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Andrea Morales<br>3920 Denfeld Ct<br>Kensington, MD 20895 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,188.60 | $1,188.60 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Annie Ressalam<br>13913 Cristo Ct<br>Centreville, VA 20120 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,833.07 | $4,833.07 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,590.68 | $5,590.68 |
|---|---|---|---|
| Ashley Beccaloni | Check all that apply. | | |
| 18303 Wickham Rd | ☐ Contingent | | |
| Olney, MD 20832 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2026 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.43 | $1,568.43 |
|---|---|---|---|
| Bruna Guimaraes | Check all that apply. | | |
| 2908 Kingswell Dr | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Silver Spring, MD 20902 | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2026 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,462.24 | $2,187.68 |
|---|---|---|---|
| Budhachart Anglin | Check all that apply. | | |
| 11349 Liberty St | ☐ Contingent | | |
| Fulton, MD 20759 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2026 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.16 | $1,040.16 |
|---|---|---|---|
| Cara Snow | Check all that apply. | | |
| 5205 Concordia St | ☐ Contingent | | |
| Fairfax, VA 22032 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2026 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,603.27 | $3,603.27 |
|---|---|---|---|
| Colleen Desimone | Check all that apply. | | |
| 151 Willow Brook Rd | ☐ Contingent | | |
| Hudson, NY 12534-4678 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2026 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor    NAVA Health Medical Group, LLC _____    Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|

**2.9** Priority creditor's name and mailing address
County of Fairfax
PO Box 10203
Fairfax, VA 22035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,586.02 | $0.00

Date or dates debt was incurred
2025

Basis for the claim:
Business Tax / Licensing

Last 4 digits of account number 3694

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10** Priority creditor's name and mailing address
Division of Unemployment Insurance
100 S Charles St, Tower 1, Room 3100
Baltimore, MD 21201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,693.00 | $21,693.00

Date or dates debt was incurred
2024

Basis for the claim:
Unemployment Taxes

Last 4 digits of account number 4077

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.11** Priority creditor's name and mailing address
Eric Filer
61 Randolph Place NW
Washington, DC 20001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,151.27 | $4,151.27

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12** Priority creditor's name and mailing address
Ezell Kent
208 W 11th Ave
Brooklyn, MD 21225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,498.37 | $1,498.37

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** Priority creditor's name and mailing address
Gina Cushenberry
6817 Georgia Ave NW Apt 309
Washington, DC 20012-2529

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,371.54 | $3,371.54

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,654.86 | $26,654.86 |
|---|---|---|---|---|

Howard County Government
3430 Court House Drive
Ellicott City, MD 21041

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:
Business Tax / Licensing

Last 4 digits of account number  7809

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.09 | $585.09 |
|---|---|---|---|---|

Inyoung Lee
3882 Billberry Dr
Fairfax, VA 22033

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124.04 | $1,124.04 |
|---|---|---|---|---|

Jacob Carroll
11500 Frederick Road
Ellicott CityE, MD 21042

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.07 | $598.07 |
|---|---|---|---|---|

Jaung Soon Park
19230 Abbey Manor Dr
Brookeville, MD 20833

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,707.54 | $3,707.54 |
|---|---|---|---|---|

Jennifer Skroupa
34 Chantilly Park Lane
Morgantown, WV 26508

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | NAVA Health Medical Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address<br>Kali Johnson<br>93 Westridge<br>Odenton, MD 21113 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,225.45 | $4,225.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address<br>Kiara-Maria Carter<br>1680 Langley Drive<br>Hagerstown, MD 21740 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $383.08 | $383.08 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address<br>Lily Bowers<br>19 Martine Ct<br>Owings Mills, MD 21117 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,041.24 | $1,041.24 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address<br>Maria Montenegro<br>2985 Normandy Drive<br>Ellicott City, MD 21043 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,160.08 | $5,160.08 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address<br>Mikyoung Kim<br>4393 Poplar Tree Ct<br>Chantilly, VA 20151 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $536.34 | $536.34 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | NAVA Health Medical Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.24** | Priority creditor's name and mailing address
Mira Thanki
8106 Fenwick Court
Laurel, MD 20707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,274.00 | $1,274.00

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** | Priority creditor's name and mailing address
Montgomery County Government
PO Box 824860
Philadelphia, PA 19182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,910.92 | $7,910.92

Date or dates debt was incurred
2025

Basis for the claim:
Business Tax / Licensing

Last 4 digits of account number 7809

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.26** | Priority creditor's name and mailing address
Nancy Torell
34 Court House Square
Rockville, MD 20850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,324.14 | $4,324.14

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.27** | Priority creditor's name and mailing address
Olivia Clark
10090 Mill Run Circle
Apt 404
Owings Mills, MD 21117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,841.09 | $4,841.09

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.28** | Priority creditor's name and mailing address
Rachel Nevas Peled
6417 Tilden Ln
Rockville, MD 20852

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,006.92 | $1,006.92

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **2.29** | Priority creditor's name and mailing address<br>Sabina Broadhead<br>10438 Democracy Ln<br>Potomac, MD 20854 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $218.90 | $218.90 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.30** | Priority creditor's name and mailing address<br>Samantha Suller<br>619 Hollywood Rd<br>Severna Park, MD 21146 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,003.57 | $6,003.57 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.31** | Priority creditor's name and mailing address<br>Sharon Montes<br>643 Peggy Ct<br>Loveland, CO 80537 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,728.93 | $3,728.93 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.32** | Priority creditor's name and mailing address<br>Soraya Salehi<br>21132 Angela Sq<br>Sterling, VA 20166 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,168.55 | $5,168.55 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.33** | Priority creditor's name and mailing address<br>Stephanie Curran<br>6130 Covington Rd<br>Columbia, MD 21044 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $896.40 | $896.40 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| Debtor | NAVA Health Medical Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.34 | Priority creditor's name and mailing address<br>Stephanie Misanik<br>2001 Oakmont Ter<br>Coral Springs, FL 33071 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,980.94 | $5,980.94 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address<br>Treasurer of Loudoun County<br>PO Box 1000<br>Leesburg, VA 20177 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,425.72 | $4,425.72 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Business Tax / Licensing | | |
| | Last 4 digits of account number 3150<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>Treasurer of Loudoun County<br>PO Box 1000<br>Leesburg, VA 20177 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,535.57 | $4,535.57 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Business Tax / Licensing | | |
| | Last 4 digits of account number 0906<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>AbbVie US LLC<br>62671 Collection Center Drive<br>Chicago, IL 60693-0626 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,256.56 |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade Account | |
| | **Last 4 digits of account number** 8728 | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Aetna<br>PO Box 14079<br>Lexington, KY 40512-4079 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,186.78 |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Insurance claims | |
| | **Last 4 digits of account number** 0836 | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address
Aetna
Attn: (Joyce Wright)
PO Box 981106
El Paso, TX 79998-1106

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 8386

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance claims

Is the claim subject to offset? ☒ No   ☐ Yes

$3,667.34

---

**3.4** | Nonpriority creditor's name and mailing address
Alastin Skincare
5999 Avenida Encinas Suite 100
Carlsbad, CA 92008

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 3782

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No   ☐ Yes

$16,508.42

---

**3.5** | Nonpriority creditor's name and mailing address
American Express
P.O. Box 981531
El Paso, TX 79998-1531

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 1009

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No   ☐ Yes

$117,280.68

---

**3.6** | Nonpriority creditor's name and mailing address
Antidote 71, Inc.
1001 Farnam Street, Suite 201
Omaha, NE 68102

**Date(s) debt was incurred** 2024

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No   ☐ Yes

$2,500.00

---

**3.7** | Nonpriority creditor's name and mailing address
Baker, Donelson, et al.
165 Madison Avenue, Suite 2000
Memphis, TN 38103

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 0072

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

Is the claim subject to offset? ☒ No   ☐ Yes

$45,904.00

---

**3.8** | Nonpriority creditor's name and mailing address
Beckman Coulter Inc
Dept. CH 10164
Palatine, IL 60055-0164

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 0388

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No   ☐ Yes

$190,055.60

---

**3.9** | Nonpriority creditor's name and mailing address
Bonusly
2755 Canyon Boulevard
Boulder, CO 80301

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 12b9

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No   ☐ Yes

$9,593.60

---

**3.10** | Nonpriority creditor's name and mailing address
Bradsby Group
1700 Broadway, Suite 1500

Denver, CO 80290

**Date(s) debt was incurred** 2024

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No   ☐ Yes

$19,200.00

---

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address**<br>C. Douglas Lord, MD<br>15814 Thistlebridge Drive<br>Rockville, MD 20853 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $98,400.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2024 | **Basis for the claim:** Professional Service Fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address**<br>CareFirst BlueCross BlueShield<br>10455 Mill Run Circle<br><br>Owings Mills, MD 21117-5559 | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Alleged overpayment of insurance claims | |
| | **Last 4 digits of account number** 0000 | Is the claim subject to offset? ☐ No   ☒ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Choice Pharmacy<br>2600 Cordes Dr. Ste E<br>Sugar Land, TX 77479-1352 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,764.94 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Cigna<br>900 Cottage Grove Road, W3SIU<br>Hartford, CT 06152 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,633,017.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2021-2024 | **Basis for the claim:** Insurance claims | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Cleveland HeartLab<br>6701 Carnegie Avenue<br>Cleveland, OH 44103 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,939.85 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade Account | |
| | **Last 4 digits of account number** 6404 | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address**<br>CMK Contractors Inc<br>15347 South Cicero Avenue<br>Oak Forest, IL 60452 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $535.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2024 | **Basis for the claim:** Trade Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address**<br>CONTENTFIRST.MARKETING<br>4500 Walnut Hill Lane<br>Dallas, TX 75229 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,605.20 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address**<br>CRE8 Pharmacy Group, LLC<br>3700 NW 126th Ave<br>Coral Springs, FL 33065 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,745.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade Account | |
| | **Last 4 digits of account number** 434 | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**
DDR Southeast Fountains, LLC
3300 Enterprise Parkway
Beachwood, OH 44122

**Date(s) debt was incurred** 2024-2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease of Retail Location - Not occupied
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.20** | **Nonpriority creditor's name and mailing address**
Dreamseats, LLC
166 Laurel Road
East Northport, NY 11731

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$17,838.10

---

**3.21** | **Nonpriority creditor's name and mailing address**
Drip Digital Media
8151 E Evans Rd
Scottsdale, AZ 85260

**Date(s) debt was incurred** 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$7,419.92

---

**3.22** | **Nonpriority creditor's name and mailing address**
Effectv
1 Comcast Center 32nd Floor
Philadelphia, PA 19103

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** 2058

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$65,037.00

---

**3.23** | **Nonpriority creditor's name and mailing address**
Elizabethean Court Associates II, LP
PO Box 821553
Philadelphia, PA 19182-1553

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease of Retail location
Is the claim subject to offset? ☒ No ☐ Yes

$25,536.69

---

**3.24** | **Nonpriority creditor's name and mailing address**
Forever Booked
53 Cambridge St. N
Ontario,

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$5,000.00

---

**3.25** | **Nonpriority creditor's name and mailing address**
Google, Inc.
P.O. Box 39000, Dept. 33654
San Francisco, CA 94139

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$709,428.41

---

**3.26** | **Nonpriority creditor's name and mailing address**
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** 3766

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal fees
Is the claim subject to offset? ☒ No ☐ Yes

$1,819.50

---

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
Hallandale
2666 SW 36th St
Fort Lauderdale, FL 33312

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Account_

Is the claim subject to offset? ☒ No ☐ Yes

$4,432.70

---

**3.28** | **Nonpriority creditor's name and mailing address**
HawkSEM
10940 wilshire blvd suite 1600
los angeles, CA 90024

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Account_

Is the claim subject to offset? ☒ No ☐ Yes

$7,000.00

---

**3.29** | **Nonpriority creditor's name and mailing address**
HCP MOP Fairfax VA, LP
3000 Meridian Blvd, Suite 200
Franklin, TN 37067

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Lease of Retail location_

Is the claim subject to offset? ☒ No ☐ Yes

$29,970.93

---

**3.30** | **Nonpriority creditor's name and mailing address**
HubSpot Inc.
PO Box 419842
Boston, MA 02241-9842

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _9926_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Account_

Is the claim subject to offset? ☒ No ☐ Yes

$13,311.72

---

**3.31** | **Nonpriority creditor's name and mailing address**
Hydrafacial
3600 E Burnett St
Long Beach, CA 90815

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _5602_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Account_

Is the claim subject to offset? ☒ No ☐ Yes

$12,569.51

---

**3.32** | **Nonpriority creditor's name and mailing address**
iHeartMedia
PO Box 406372
Atlanta, GA 30384-6372

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _9717_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Account_

Is the claim subject to offset? ☒ No ☐ Yes

$68,482.15

---

**3.33** | **Nonpriority creditor's name and mailing address**
iMark Infotech Pvt Ltd
Plot-22 & 23, 3rd Floor, Block D, DLF
Building, IT Park Chandigarh

**Date(s) debt was incurred** _2026_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Account_

Is the claim subject to offset? ☒ No ☐ Yes

$6,560.00

---

**3.34** | **Nonpriority creditor's name and mailing address**
Ironmark, Inc
9040 Junction Drive
Annapolis Junction, MD 20701

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _HEAL_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Account_

Is the claim subject to offset? ☒ No ☐ Yes

$1,623.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.35** | **Nonpriority creditor's name and mailing address**
Laboratory Corporation of America
PO Box 12140
Burlington, NC 27216-2140

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** 7000

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$669,211.83

---

**3.36** | **Nonpriority creditor's name and mailing address**
LMSI, LLC dba Lighthouse Lab Services
1337 Hundred Oaks Drive, Suite A
Charlotte, NC 28217

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$2,708.06

---

**3.37** | **Nonpriority creditor's name and mailing address**
McKesson Specialty Care Dist.
15212 Collections Center Dr.
Chicago, IL 60693

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 6895

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$8,992.99

---

**3.38** | **Nonpriority creditor's name and mailing address**
Medline
Dept. CH 14400
Palatine, IL 60055-4400

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 1641

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$12,547.41

---

**3.39** | **Nonpriority creditor's name and mailing address**
Medline
Dept. CH 14400
Palatine, IL 60055-4400

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 1559

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$3,244.83

---

**3.40** | **Nonpriority creditor's name and mailing address**
Medline
Dept. CH 14400
Palatine, IL 60055-4400

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 1558

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$2,857.76

---

**3.41** | **Nonpriority creditor's name and mailing address**
Medline
Dept CH 14400
Palatine, IL 60055-4400

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 1640

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$3,862.69

---

**3.42** | **Nonpriority creditor's name and mailing address**
Medline
Dept. CH 14400
Palatine, IL 60055-4400

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 1640

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account
Is the claim subject to offset? ☒ No ☐ Yes

$1,847.64

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    NAVA Health Medical Group, LLC
_____          Case number (if known) _____
          Name

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,044.25 |
|---|---|---|---|

Medline
Dept. CH 14400
Palatine, IL 60055-4400

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 7085

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

Medstar Media, Inc.
10808 S. River Front Parkway, Suite 3020
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96,249.42 |
|---|---|---|---|

Merritt Properties, LLC
2066 Lord Baltimore Drive
Baltimore, MD 21244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 2152

**Basis for the claim:** Construction costs

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,901.18 |
|---|---|---|---|

Merritt Properties, LLC
2066 Lord Baltimore Dr
Baltimore, MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Last 4 digits of account number** _

**Basis for the claim:** Lease obligation

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,722.24 |
|---|---|---|---|

New York State Dept of Health
CLEP Wadsworth Center
Albany, NY 12237-0012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,447.51 |
|---|---|---|---|

Orchard Software
701 CONGRESSIONAL BLVD, Suite 360
Carmel, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,933.02 |
|---|---|---|---|

Ortho Molecular Products, Inc.
Lockbox L-4085
Columbus, OH 43260-4085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** R410

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,540.00 |
|---|---|---|---|

Revance Therapeutics, Inc.
1222 Demonbreun St., Suite 2000
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 1074

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | NAVA Health Medical Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.51** Nonpriority creditor's name and mailing address
Ryans Park E&A, LLC
PO Box 536856, Tenant #89066
Atlanta, GA 30353-6856

As of the petition filing date, the claim is: *Check all that apply.*  **$16,866.00**
☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025
Last 4 digits of account number  1237

Basis for the claim:  Lease of Retail Location
Is the claim subject to offset? ☒ No  ☐ Yes

**3.52** Nonpriority creditor's name and mailing address
Shopify LOC
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

As of the petition filing date, the claim is: *Check all that apply.*  **$14,023.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025
Last 4 digits of account number  _

Basis for the claim:  Note payable
Is the claim subject to offset? ☒ No  ☐ Yes

**3.53** Nonpriority creditor's name and mailing address
Straight North, LLC
1001 W. 31st Street, Suite 100
Downers Grove, IL 60515

As of the petition filing date, the claim is: *Check all that apply.*  **$179,430.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025
Last 4 digits of account number  _

Basis for the claim:  Trade Account
Is the claim subject to offset? ☒ No  ☐ Yes

**3.54** Nonpriority creditor's name and mailing address
Strive Pharmacy
3906 Cragmont Drive
Tampa, FL 33619

As of the petition filing date, the claim is: *Check all that apply.*  **$27,395.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025
Last 4 digits of account number  _

Basis for the claim:  Trade Account
Is the claim subject to offset? ☒ No  ☐ Yes

**3.55** Nonpriority creditor's name and mailing address
Tech-Air Services, LLC
121 Hamburg Tpke
Bloomingdale, NJ 07403

As of the petition filing date, the claim is: *Check all that apply.*  **$90,471.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025
Last 4 digits of account number  _

Basis for the claim:  Liability Under Construction Contract for:
Is the claim subject to offset? ☒ No  ☐ Yes

**3.56** Nonpriority creditor's name and mailing address
Verizon
PO Box 15403
Albany, NY 12212-5043

As of the petition filing date, the claim is: *Check all that apply.*  **$10,262.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025
Last 4 digits of account number  3938

Basis for the claim:  Trade Account
Is the claim subject to offset? ☒ No  ☐ Yes

**3.57** Nonpriority creditor's name and mailing address
Verizon
PO Box 15403
Albany, NY 12212-5043

As of the petition filing date, the claim is: *Check all that apply.*  **$15,294.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025
Last 4 digits of account number  4109

Basis for the claim:  Trade Account
Is the claim subject to offset? ☒ No  ☐ Yes

**3.58** Nonpriority creditor's name and mailing address
Verizon
PO Box 15403
Albany, NY 12212-5043

As of the petition filing date, the claim is: *Check all that apply.*  **$966,362.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2026
Last 4 digits of account number  4394

Basis for the claim:  Trade Account
Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | NAVA Health Medical Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

Viral Coach
PO Box 3626
Palmer, AK 99645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,312.68 |
|---|---|---|---|

WholeScripts
6900 Kingspointe Parkway
Orlando, FL 32819

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _0464_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,110.25 |
|---|---|---|---|

WiQo.Us, Inc.
76 Treble Cove Road
Building 3 Suite 3A
North Billerica, MA 01862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 161,041.22 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,462,329.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,623,370.58 |

**Fill in this information to identify the case:**

Debtor name  NAVA Health Medical Group, LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lease of retail space in Plantation, FL - Space never occupied by Debtor |
| State the term remaining | 10 years |
| List the contract number of any government contract | DDR Southeast Fountains, LLC 3300 Enterprise Parkway Beachwood, OH 44122 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Digital Marketing Services |
| State the term remaining | 90 days |
| List the contract number of any government contract | Drip Digital Media 8151 E Evans Rd Scottsdale, AZ 85260 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Lease of Bethesda, MD retail location |
| State the term remaining | 5 years |
| List the contract number of any government contract | Elizabethean Court Assoc. II, LP PO Box 821553 Philadelphia, PA 19182-1553 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Lease of Fairfax, VA retail location |
| State the term remaining | 3 years |
| List the contract number of any government contract | HCP MOP Fairfax VA, LP 3000 Meridian Boulevard Suite 200 Franklin, TN 37067 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  NAVA Health Medical Group, LLC _____      Case number (*if known*) _____

First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Columbia, MD retail location | |
|---|---|---|---|
| | State the term remaining | 8 years | |
| | List the contract number of any government contract | | Merritt Properties, LLC<br>2066 Lord Baltimore Drive<br>Baltimore, MD 21224 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement | |
|---|---|---|---|
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | NAVA Health MD, Inc.<br>8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Ashburn, VA retail location | |
|---|---|---|---|
| | State the term remaining | 6 years | |
| | List the contract number of any government contract | | Ryan Park (E&A), LLC<br>c/o Edens Limited Partnership<br>PO Box 536856<br>Atlanta, GA 30353-6856 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name ___NAVA Health Medical Group, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Bernaldo Dancel | 9287 Pearch Lane<br>Boynton Beach, FL 33437 | Financial Partners Leasing Co. | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Bernaldo Dancel | 9287 Pearch Lane<br>Boynton Beach, FL 33437 | Financial Partners Leasing Co. | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Bernaldo Dancel | 9287 Pearch Lane<br>Boynton Beach, FL 33437 | North Mill Equipment | ☒ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Bernaldo Dancel | 9287 Pearch Lane<br>Boynton Beach, FL 33437 | Falcon Equipment Finance | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Bernaldo Dancel | 9287 Pearch Lane<br>Boynton Beach, FL 33437 | HomeTrust Bank | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Bernaldo Dancel | 9287 Pearch Lane<br>Boynton Beach, FL 33437 | Small Business Administration | ☒ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | NAVA Health Medical Group, LLC | Case number *(if known)* | |
|---|---|---|---|

---

| ▮ | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                 *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D/E-F/G |
|---|---|---|---|---|
| 2.7 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | Flagstar Bank | ☒ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | North Mill Equipment | ☒ D ___2.14___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | North Mill Equipment | ☒ D ___2.15___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | Channel Partners | ☒ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | MMP Capital | ☒ D ___2.11___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | MMP Capital | ☒ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | NEC Financial Services | ☒ D ___2.13___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.14 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | Small Business Administration | ☒ D ___2.17___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | Dr. Carl Douglas Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | Idea 24-7, Inc. Attn Justin Leto | ☒ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 | Dr. Carl Lord | 15814 Thistlebridge Drive Rockville, MD 20853 | Falcon Equipment Finance | ☒ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    NAVA Health Medical Group, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $900,000.00 |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $27,300,000.00 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other _____ | $16,000,000.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | | Case number *(if known)* | |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  See attached 90 Day Check Register | November 27, 2025 - February 25, 2026 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Bernaldo Dancel<br>8316 Arlington Boulevard, Suite 206<br>Fairfax, VA 22031<br>CEO | September - December 2025 | $454,985.80 | Monthly credit card reimbursement for business charges/expenses. |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Falcon Equipment Finance<br>PO Box 843840<br>Dallas, TX 75284-3840 | Therapy equipment - Exion Multi-platform | February 2026 | $250,000.00 |
| MMP Capital<br>19 Engineers Lane<br>Farmingdale, NY 11735<br>Farmingdale, NY 11735 | Therapy equipment - Emface | December 2025 | $349,000.00 |
| MMP Capital<br>19 Engineers Lane<br>Farmingdale, NY 11735<br>Farmingdale, NY 11735 | Therapy equipment - Emface | December 2025 | $249,000.00 |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

---

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | NAVA Health Medical Group, LLC | | Case number *(if known)* | |

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See Attached Listing of Lawsuits and Legal Proceedings | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Kevin M. O'Donnell<br>300 N. Washington Street<br>Suite 604<br>Alexandria, VA 22314 | | Aug. 26,2025 and November 4, 2025 | $19,060.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Debtor | NAVA Health Medical Group, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kevin M. O'Donnell 300 N. Washington Street Suite 604 Alexandria, VA 22314 | | February 23, 2026 | $37,500.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | NAVA Health Retail locations at: Fairfax, VA; Asburn, VA; Columbia, MD; Annapolis, MD | Health and Wellness Retail Locations | variable |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. Retail locations at Fairfax, VA; Asburn, VA; Columbia, MD; Annapolis, MD | **How are records kept?** *Check all that apply:* ☒ Electronically |

Debtor    NAVA Health Medical Group, LLC          Case number (if known) _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ☐ Paper |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

  Personal information including name, address, phone number and social security number. Medical information relating to treatment or services provided.

  Does the debtor have a privacy policy about that information?
  ☐ No
  ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.
  ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Ingegrated Wellness 401K Plan | EIN:   75-3254987 |

  Has the plan been terminated?
  ☐ No
  ☒ Yes

  ☐ No Go to Part 10.
  ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Ascend One Corporation 401K Plan | EIN:   52-1997029 |

  Has the plan been terminated?
  ☒ No
  ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | NAVA Health Medical Group, LLC | Case number *(if known)* | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| DreamSeats, LLC<br>1301 S. Shamrock Avenue<br>Landrum, SC 29356 | Debtor management | DreamSeat recliners | ☐ No<br>☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | NAVA Health Medical Group, LLC | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Keith O'Donnell<br>9755 Patuxent Woods Drive, Suite 100<br>Columbia, MD 21046 | February 2024 - April 2025 |
| 26a.2. Laura Seegers<br>9755 Patuxent Woods Drive, Suite 100<br>Columbia, MD 21046 | January 2024 - March 2025 |
| 26a.3. Denise Donnells<br>8316 Arlington Boulevard, Suite 206<br>Fairfax, VA 22031 | December 1999 - Present |
| 26a.4. BlueStone Services<br>9690 Deereco Road<br>Suite 500<br>Lutherville Timonium, MD 21093 | February 2025 - Current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Bernaldo Dancel<br>8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031 | |
| 26c.2. Denise Donnells<br>8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031 | |
| 26c.3. BlueStone Services<br>9690 Deereco Road<br>Suite 500<br>Lutherville Timonium, MD 21093 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Debtor | NAVA Health Medical Group, LLC | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|

| Name and address |
|------------------|
| 26d.1. | Decathlon Specialty Finance, LLC |
| | 1441 West Ute Boulevard |
| | Suite 240 |
| | Park City, UT 84098 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Dr. Carl Douglas Lord | | Sole Member and Manager | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Bernaldo Dancel | | CEO | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Nava Health MD, Inc. | EIN:    32-0416441 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    NAVA Health Medical Group, LLC                                        Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        March 1, 2026

/s/   Bernaldo Dancel                                        Bernaldo Dancel
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

---

## Attachment to SOFA #3 - General Ledger
### Nava Health Medical Group, LLC
**November 27, 2025-February 24, 2026**

| Distribution account | Transaction date | Transaction type | Num | Name | Memo/ Descri ption | Split account | Amount |
|---|---|---|---|---|---|---|---|
| Truist 1181 | 01/02/2026 | Expense | | Offit Kurman | | Legal & Professional Services | -10,000.00 |
| Truist 1181 | 01/02/2026 | Expense | | AFCO Direct | | Operating Expense | -17,511.19 |
| Truist 1181 | 01/02/2026 | Expense | | Bankcard Depot - fees | | Credit Card Processing Fees | -23.76 |
| Truist 1181 | 01/02/2026 | Expense | | US BioTek | | Cost of Revenues Retail | -1,556.00 |
| Truist 1181 | 01/02/2026 | Expense | | Empower Pharmacy | | Cost of Revenues Retail | -3,330.96 |
| Truist 1181 | 01/02/2026 | Expense | | Empower Pharmacy | | Cost of Revenues Retail | -2,497.62 |
| Truist 1181 | 01/02/2026 | Expense | | Empower Pharmacy | | Cost of Revenues Retail | -1,798.60 |
| Truist 1181 | 01/02/2026 | Expense | | Bankcard Depot - fees | | Credit Card Processing Fees | -12.00 |
| Truist 1181 | 01/02/2026 | Expense | | Bankcard Depot - fees | | Credit Card Processing Fees | -0.05 |
| Truist 1181 | 01/02/2026 | Expense | | Medva | | Contracted Labor | -4,617.90 |
| Truist 1181 | 01/02/2026 | Expense | | Shopify Capital | | Loan Payable - Shopify | -232.72 |
| Truist 1181 | 01/02/2026 | Expense | | Bankcard Depot - fees | | Credit Card Processing Fees | -1,387.50 |
| Truist 1181 | 01/02/2026 | Expense | | Authnet Gateway | | COS - Employee Health Benefits | -350.24 |
| Truist 1181 | 01/02/2026 | Expense | | Authnet Gateway | | Credit Card Processing Fees | -17.00 |
| Truist 1181 | 01/02/2026 | Expense | | Federal Express | | Postage & Delivery | -119.57 |
| Truist 1181 | 01/02/2026 | Expense | | Medical PCI | | Dues & Subscriptions | -99.85 |
| Truist 1181 | 01/02/2026 | Expense | | Intergration | | Dues & Subscriptions | -130.00 |
| Truist 1181 | 01/02/2026 | Expense | | Intergration | | Credit Card Processing Fees | -59.90 |
| Truist 1181 | 01/02/2026 | Expense | | Carefirst | | | -41,087.99 |
| Truist 1181 | 01/05/2026 | Expense | | Shopify Capital | | Loan Payable - Shopify | -109.26 |
| Truist 1181 | 01/05/2026 | Expense | | BlueStone Services | | Operating Expense | -9,000.00 |
| Truist 1181 | 01/05/2026 | Expense | | Ascend One | | Ascend/NHMG Interco | -6,000.00 |
| Truist 1181 | 01/05/2026 | Expense | | Image First | | Operating Expense | -2,411.40 |
| Truist 1181 | 01/05/2026 | Expense | | Image First | | Operating Expense | -2,341.57 |
| Truist 1181 | 01/05/2026 | Expense | | Image First | | Operating Expense | -1,699.00 |
| Truist 1181 | 01/05/2026 | Expense | | Conservice | | Operating Expense | -414.54 |
| Truist 1181 | 01/05/2026 | Expense | | Bankcard Depot - fees | | Credit Card Processing Fees | -2.34 |
| Truist 1181 | 01/05/2026 | Expense | | United - group premium | | | -2,089.20 |
| Truist 1181 | 01/05/2026 | Expense | | KatzAbosch | | Operating Expense | -4,839.00 |
| Truist 1181 | 01/05/2026 | Expense | | Image First | | Operating Expense | -4,239.42 |
| Truist 1181 | 01/06/2026 | Expense | | Shopify Capital | | Loan Payable - Shopify | -294.29 |
| Truist 1181 | 01/06/2026 | Expense | | Shopify Capital | | Loan Payable - Shopify | -20.45 |
| Truist 1181 | 01/06/2026 | Expense | | Verizon | | Telephone & Internet | -294.90 |
| Truist 1181 | 01/06/2026 | Expense | | Dominion Energy | | Operating Expense | -204.71 |
| Truist 1181 | 01/06/2026 | Expense | | US BioTek | | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 01/06/2026 | Expense | | Public Services | | Operating Expense | -1,012.93 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Truist 1181 | 01/06/2026 | Expense | | JP Morgan Chase - bernie CC | | -50,000.00 |
| Truist 1181 | 01/07/2026 | Expense | | Shopify Capital | Loan Payable - Shopify | -39.48 |
| Truist 1181 | 01/07/2026 | Expense | | IDEA 247 Inc | | -6,983.84 |
| Truist 1181 | 01/07/2026 | Expense | | Federal Express | Postage & Delivery | -32.17 |
| Truist 1181 | 01/07/2026 | Expense | | US BioTek | Cost of Revenues Retail | -2,431.00 |
| Truist 1181 | 01/07/2026 | Expense | | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 01/07/2026 | Expense | | Edens LP | Rent Expense | -16,283.44 |
| Truist 1181 | 01/07/2026 | Expense | | Ortho Molecular Products, Inc. | Cost of Revenues Retail | -5,302.47 |
| Truist 1181 | 01/07/2026 | Expense | | B2P*South Jersey | Utility Expenses | -484.79 |
| Truist 1181 | 01/07/2026 | Expense | | AppRiver, LLC | Operating Expense | -12,162.08 |
| Truist 1181 | 01/07/2026 | Journal Entry | BILL 01-07-26 AP e*sZ | Wholscripts | BILL 01/07/26 Payables Funding | -18,461.82 |
| Truist 1181 | 01/07/2026 | Expense | | Shopify Capital | Loan Payable - Shopify | -251.68 |
| Truist 1181 | 01/07/2026 | Expense | | Shopify Capital | Loan Payable - Shopify | -90.23 |
| Truist 1181 | 01/08/2026 | Expense | | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 01/08/2026 | Expense | | Paylocity | Operating Expense | -130.46 |
| Truist 1181 | 01/08/2026 | Expense | | Afterpay | Credit Card Processing Fees | -21.81 |
| Truist 1181 | 01/08/2026 | Expense | | Shopify Capital | Loan Payable - Shopify | -229.95 |
| Truist 1181 | 01/08/2026 | Expense | | Nextech Systems | Operating Expense | -5,903.22 |
| Truist 1181 | 01/09/2026 | Expense | | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 01/09/2026 | Expense | | Verizon | Telephone & Internet | -274.00 |
| Truist 1181 | 01/09/2026 | Expense | | Verizon | Telephone & Internet | -47.99 |
| Truist 1181 | 01/09/2026 | Expense | | Secure Waste Inc. | Operating Expense | -404.85 |
| Truist 1181 | 01/09/2026 | Expense | | Hallandale | Cost of Revenues Retail | -2,500.00 |
| Truist 1181 | 01/09/2026 | Expense | | Mend Family | Dues & Subscriptions | -1,320.00 |
| Truist 1181 | 01/09/2026 | Expense | | Paylocity | COS - Employee Health Benefits | -791.93 |
| Truist 1181 | 01/09/2026 | Expense | | Paylocity | COS - Employee Health Benefits | -620.00 |
| Truist 1181 | 01/09/2026 | Expense | | Paylocity | COS - Employee Health Benefits | -148.14 |
| Truist 1181 | 01/09/2026 | Journal Entry | BILL 01-09-26 AP fiGq | Precision Analytical | BILL 01/09/26 Payables Funding | -300.00 |
| Truist 1181 | 01/09/2026 | Expense | | Shopify Capital | Loan Payable - Shopify | -293.38 |
| Truist 1181 | 01/09/2026 | Expense | | Paylocity | COS - Employee Health Benefits | -119.43 |
| Truist 1181 | 01/12/2026 | Expense | | Shopify Capital | Loan Payable - Shopify | -37.33 |
| Truist 1181 | 01/12/2026 | Expense | | Verizon | Telephone & Internet | -227.20 |
| Truist 1181 | 01/12/2026 | Expense | | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 01/12/2026 | Expense | | Entelegent Solutions Inc. | Operating Expense | -238.61 |
| Truist 1181 | 01/13/2026 | Expense | | US BioTek | Cost of Revenues Retail | -389.00 |

| | | | | | |
|---|---|---|---|---|---|
| Truist 1181 | 01/13/2026 | Expense | Nextech Systems | Accrued Expenses | -15,638.68 |
| Truist 1181 | 01/13/2026 | Expense | IDEA 247 Inc | | -3,466.92 |
| Truist 1181 | 01/13/2026 | Expense | Hubspot Inc. | Advertising & Marketing | -13,654.31 |
| Truist 1181 | 01/13/2026 | Expense | Public Services | Operating Expense | -335.02 |
| Truist 1181 | 01/13/2026 | Expense | Paylocity | COS - Employee Health Benefits | -50.00 |
| Truist 1181 | 01/13/2026 | Expense | Afterpay | Credit Card Processing Fees | -8.51 |
| Truist 1181 | 01/13/2026 | Expense | Zach Dancel - Personal CC reimb | | -35,000.00 |
| Truist 1181 | 01/13/2026 | Journal Entry | Colonial Parking Inc | | -843.99 |
| Truist 1181 | 01/13/2026 | Expense | Medva | Contracted Labor | -5,136.00 |
| Truist 1181 | 01/13/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -150.12 |
| Truist 1181 | 01/14/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -222.59 |
| Truist 1181 | 01/14/2026 | Expense | Federal Express | Postage & Delivery | -182.06 |
| Truist 1181 | 01/14/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 01/14/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -221.78 |
| Truist 1181 | 01/14/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -188.85 |
| Truist 1181 | 01/15/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -174.34 |
| Truist 1181 | 01/15/2026 | Expense | US BioTek | Cost of Revenues Retail | -1,718.00 |
| Truist 1181 | 01/15/2026 | Expense | HomeTrust Bank | Rent Expense | -8,922.18 |
| Truist 1181 | 01/15/2026 | Expense | MedXwaste - NY LLC | Operating Expense | -53.31 |
| Truist 1181 | 01/15/2026 | Expense | Transperfect Remote Interpreting Inc | Operating Expense | -60.00 |
| Truist 1181 | 01/15/2026 | Expense | Zach Dancel - Personal CC reimb | | -7,000.00 |
| Truist 1181 | 01/15/2026 | Journal Entry | Labcorp | | -30,000.00 |
| Truist 1181 | 01/16/2026 | Expense | Nextech Systems | Equipment Repair & Maintanence | -2,412.20 |
| Truist 1181 | 01/16/2026 | Expense | Truist merchant services | Credit Card Processing Fees | -8,305.57 |
| Truist 1181 | 01/16/2026 | Expense | Edens LP | Rent Expense | -5,621.61 |
| Truist 1181 | 01/16/2026 | Expense | Paylocity | COS - Employee Health Benefits | -362.26 |
| Truist 1181 | 01/16/2026 | Expense | Paylocity | COS - Employee Health Benefits | -290.00 |
| Truist 1181 | 01/16/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -192.28 |
| Truist 1181 | 01/16/2026 | Expense | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 01/16/2026 | Expense | Truist merchant services - chargeback | Insurance Receivable | -199.00 |
| Truist 1181 | 01/20/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -3,305.25 |
| Truist 1181 | 01/20/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -1,798.60 |
| Truist 1181 | 01/20/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -72.22 |
| Truist 1181 | 01/20/2026 | Expense | IDEA 247 Inc | | -3,466.92 |
| Truist 1181 | 01/20/2026 | Expense | Verizon | Telephone & Internet | -258.30 |
| Truist 1181 | 01/20/2026 | Expense | Healthpeak | Rent Expense | -10,162.05 |
| Truist 1181 | 01/20/2026 | Expense | Shopify | Loan Payable - Shopify | -3,839.76 |
| Truist 1181 | 01/20/2026 | Expense | Afterpay | Credit Card Processing Fees | -6.10 |
| Truist 1181 | 01/20/2026 | Expense | Cox Communications | Telephone & Internet | -160.28 |
| Truist 1181 | 01/20/2026 | Expense | Trizetto | Computer & IT | -80.33 |

| | | | | | |
|---|---|---|---|---|---|
| Truist 1181 | 01/20/2026 | Expense | Zach Dancel - Personal CC reimb | | -20,200.00 |
| Truist 1181 | 01/20/2026 | Journal Entry | Elizabethean Court Associates II LP | | -13,293.67 |
| Truist 1181 | 01/20/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -3,330.96 |
| Truist 1181 | 01/20/2026 | Expense | US BioTek | Cost of Revenues Retail | -1,491.00 |
| Truist 1181 | 01/21/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -102.11 |
| Truist 1181 | 01/21/2026 | Expense | Federal Express | Postage & Delivery | -10.91 |
| Truist 1181 | 01/21/2026 | Expense | US BioTek | Cost of Revenues Retail | -1,466.00 |
| Truist 1181 | 01/21/2026 | Expense | Ascend One | Ascend/NHMG Interco | -2,500.00 |
| Truist 1181 | 01/21/2026 | Expense | Truist - mthly bnk fees | Bank Charges & Fees | -862.25 |
| Truist 1181 | 01/21/2026 | Expense | Paylocity | COS - Employee Health Benefits | -2,946.67 |
| Truist 1181 | 01/21/2026 | Expense | Intuit - QBO | Computer & IT | -283.25 |
| Truist 1181 | 01/21/2026 | Expense | Paylocity | COS - Employee Health Benefits | -5.81 |
| Truist 1181 | 01/21/2026 | Expense | Further | Credit Card Processing Fees | -2.25 |
| Truist 1181 | 01/21/2026 | Expense | US BioTek | Cost of Revenues Retail | -1,167.00 |
| Truist 1181 | 01/21/2026 | Expense | Paylocity | COS - Employee Health Benefits | -1,102.84 |
| Truist 1181 | 01/22/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -202.12 |
| Truist 1181 | 01/22/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -127.71 |
| Truist 1181 | 01/22/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -100.69 |
| Truist 1181 | 01/22/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -212.70 |
| Truist 1181 | 01/23/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -61.90 |
| Truist 1181 | 01/23/2026 | Expense | US BioTek | Cost of Revenues Retail | -15.00 |
| Truist 1181 | 01/23/2026 | Expense | Hallandale | Cost of Revenues Retail | -2,500.00 |
| Truist 1181 | 01/23/2026 | Expense | Public Services | Operating Expense | -548.65 |
| Truist 1181 | 01/23/2026 | Expense | Paylocity | COS - Employee Health Benefits | -247.00 |
| Truist 1181 | 01/23/2026 | Expense | Zach Dancel - Personal CC reimb | | -20,200.00 |
| Truist 1181 | 01/23/2026 | Expense | Truist - chargeback | Insurance Receivable | -199.00 |
| Truist 1181 | 01/23/2026 | Expense | Paylocity | COS - Employee Health Benefits | -108.81 |
| Truist 1181 | 01/26/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -0.02 |
| Truist 1181 | 01/26/2026 | Expense | Verizon | Telephone & Internet | -239.97 |
| Truist 1181 | 01/26/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -36.39 |
| Truist 1181 | 01/26/2026 | Expense | Medva | Contracted Labor | -4,410.60 |
| Truist 1181 | 01/26/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -2,864.47 |
| Truist 1181 | 01/26/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -2,093.61 |
| Truist 1181 | 01/26/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -1,703.76 |
| Truist 1181 | 01/26/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -1,656.40 |
| Truist 1181 | 01/26/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -693.67 |
| Truist 1181 | 01/26/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -693.43 |
| Truist 1181 | 01/26/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -1,592.92 |
| Truist 1181 | 01/26/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -13.64 |
| Truist 1181 | 01/26/2026 | Expense | Truist - chargeback | Insurance Receivable | -278.00 |
| Truist 1181 | 01/27/2026 | Expense | Bill.com fees | Dues & Subscriptions | -68.87 |

| | | | | | |
|---|---|---|---|---|---|
| Truist 1181 | 01/27/2026 | Expense | IDEA 247 Inc | | -3,466.92 |
| Truist 1181 | 01/27/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -5.76 |
| Truist 1181 | 01/27/2026 | Expense | Zach Dancel - Personal CC reimb | | -10,000.00 |
| Truist 1181 | 01/27/2026 | Expense | The Hartford | Corporate Insurance | -832.00 |
| Truist 1181 | 01/27/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -78.43 |
| Truist 1181 | 01/28/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -116.40 |
| Truist 1181 | 01/28/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -96.88 |
| Truist 1181 | 01/28/2026 | Expense | Daniels Sharpsmart, Inc. | Operating Expense | -115.89 |
| Truist 1181 | 01/28/2026 | Expense | Entelegent Solutions Inc. | Operating Expense | -238.56 |
| Truist 1181 | 01/28/2026 | Expense | Verizon | Telephone & Internet | -356.75 |
| Truist 1181 | 01/28/2026 | Expense | Intuit - QBO | Computer & IT | -118.45 |
| Truist 1181 | 01/28/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -15.23 |
| Truist 1181 | 01/28/2026 | Expense | US BioTek | Cost of Revenues Retail | -1,329.00 |
| Truist 1181 | 01/29/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -72.41 |
| Truist 1181 | 01/29/2026 | Expense | Washington Gas | Utility Expenses | -385.66 |
| Truist 1181 | 01/29/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -4.12 |
| Truist 1181 | 01/29/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -1.30 |
| Truist 1181 | 01/29/2026 | Expense | Merritt | Rent Expense | -17,169.79 |
| Truist 1181 | 01/29/2026 | Journal Entry | Elizabethean Court Associates II LP | | -5,000.00 |
| Truist 1181 | 01/29/2026 | Journal Entry | Cleveland HeartLab | | -1,738.54 |
| Truist 1181 | 01/29/2026 | Expense | Intuit - QBO | Computer & IT | -118.45 |
| Truist 1181 | 01/29/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -1.17 |
| Truist 1181 | 01/30/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -51.43 |
| Truist 1181 | 01/30/2026 | Expense | Paylocity | COS - Employee Health Benefits | -150.00 |
| Truist 1181 | 01/30/2026 | Expense | Paylocity | COS - Employee Health Benefits | -90.00 |
| Truist 1181 | 01/30/2026 | Expense | Zach Dancel - Personal CC reimb | | -20,000.00 |
| Truist 1181 | 02/02/2026 | Expense | Medical PCI | Dues & Subscriptions | -99.85 |
| Truist 1181 | 02/02/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -26.69 |
| Truist 1181 | 02/02/2026 | Expense | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 02/02/2026 | Expense | Image First | Operating Expense | -3,850.21 |
| Truist 1181 | 02/02/2026 | Expense | Image First | Operating Expense | -2,755.68 |
| Truist 1181 | 02/02/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -3,194.84 |
| Truist 1181 | 02/02/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -2,861.78 |
| Truist 1181 | 02/02/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -1,934.72 |
| Truist 1181 | 02/02/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -84.11 |
| Truist 1181 | 02/02/2026 | Expense | AFCO Direct | Corporate Insurance | -17,511.19 |
| Truist 1181 | 02/02/2026 | Expense | 8x8 | Telephone & Internet | -631.46 |
| Truist 1181 | 02/02/2026 | Expense | Image First | Operating Expense | -1,995.55 |
| Truist 1181 | 02/02/2026 | Expense | Image First | Operating Expense | -1,711.15 |
| Truist 1181 | 02/02/2026 | Expense | Afterpay | Credit Card Processing Fees | -7.90 |
| Truist 1181 | 02/02/2026 | Expense | BlueStone Services, LLC | Other Professional Fees | -9,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Truist 1181 | 02/02/2026 | Expense | Konica Minolta Business Solutions | Computer & IT | -99.58 |
| Truist 1181 | 02/02/2026 | Expense | Zach Dancel - Personal CC reimb | | -8,380.00 |
| Truist 1181 | 02/02/2026 | Expense | United group premium | | -1,286.28 |
| Truist 1181 | 02/02/2026 | Expense | Intergration | Credit Card Processing Fees | -59.90 |
| Truist 1181 | 02/02/2026 | Expense | Intergration | Credit Card Processing Fees | -130.00 |
| Truist 1181 | 02/03/2026 | Expense | Accident Fund | Corporate Insurance | -1,185.10 |
| Truist 1181 | 02/03/2026 | Expense | Paylocity | COS - Employee Health Benefits | -449.43 |
| Truist 1181 | 02/03/2026 | Expense | IDEA 247 Inc | | -3,466.92 |
| Truist 1181 | 02/03/2026 | Expense | Conservice | Operating Expense | -333.29 |
| Truist 1181 | 02/03/2026 | Expense | Bill.com fees | Dues & Subscriptions | -78.29 |
| Truist 1181 | 02/03/2026 | Expense | Zach Dancel - Personal CC reimb | | -30,000.00 |
| Truist 1181 | 02/03/2026 | Expense | Authnet Gateway | Credit Card Processing Fees | -17.00 |
| Truist 1181 | 02/03/2026 | Journal Entry | Roberts Oxygen | | -301.68 |
| Truist 1181 | 02/03/2026 | Journal Entry | FMLASOURCE | | -769.50 |
| Truist 1181 | 02/03/2026 | Journal Entry | Colonial Parking | | -844.11 |
| Truist 1181 | 02/03/2026 | Journal Entry | Genova Diagnostics | | -1,092.00 |
| Truist 1181 | 02/03/2026 | Expense | FPL Direct | Utility Expenses | -412.37 |
| Truist 1181 | 02/03/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -211.04 |
| Truist 1181 | 02/04/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -201.13 |
| Truist 1181 | 02/04/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -194.92 |
| Truist 1181 | 02/04/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -119.58 |
| Truist 1181 | 02/04/2026 | Expense | Nextech Systems | Accrued Expenses | -15,651.10 |
| Truist 1181 | 02/04/2026 | Expense | Edens LP | Rent Expense | -11,995.65 |
| Truist 1181 | 02/04/2026 | Expense | Mercy Cleaning Services LLC | Operating Expense | -5,154.00 |
| Truist 1181 | 02/04/2026 | Expense | AppRiver LLC | Operating Expense | -11,585.11 |
| Truist 1181 | 02/04/2026 | Expense | Nextech Systems | Operating Expense | -5,903.22 |
| Truist 1181 | 02/04/2026 | Expense | Federal Express | Postage & Delivery | -384.92 |
| Truist 1181 | 02/05/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -120.72 |
| Truist 1181 | 02/05/2026 | Expense | 8x8 | Telephone & Internet | -28.37 |
| Truist 1181 | 02/05/2026 | Expense | Dominion Energy | Utility Expenses | -208.02 |
| Truist 1181 | 02/05/2026 | Expense | Ortho Molecular Products, Inc. | Cost of Revenues Retail | -3,434.34 |
| Truist 1181 | 02/05/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 02/05/2026 | Expense | Secure Waste | Operating Expense | -240.00 |
| Truist 1181 | 02/05/2026 | Expense | Cogency Global | Cost of Revenues Retail | -270.50 |
| Truist 1181 | 02/05/2026 | Journal Entry | Wholscripts | | -5,988.59 |
| Truist 1181 | 02/05/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -99.00 |
| Truist 1181 | 02/05/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -0.94 |
| Truist 1181 | 02/06/2026 | Expense | Paylocity | COS - Employee Health Benefits | -120.00 |
| Truist 1181 | 02/06/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -290.24 |
| Truist 1181 | 02/06/2026 | Expense | Bankcard Depot | Credit Card Processing Fees | -2.05 |

| | | | | | |
|---|---|---|---|---|---|
| Truist 1181 | 02/06/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 02/06/2026 | Expense | Hallandale | Cost of Revenues Retail | -2,500.00 |
| Truist 1181 | 02/06/2026 | Expense | Zach Dancel - Personal CC reimb | | -15,000.00 |
| Truist 1181 | 02/06/2026 | Expense | Paylocity | COS - Employee Health Benefits | -135.25 |
| Truist 1181 | 02/06/2026 | Expense | Verizon | Telephone & Internet | -294.90 |
| Truist 1181 | 02/09/2026 | Expense | Verizon | Telephone & Internet | -47.99 |
| Truist 1181 | 02/09/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -64.72 |
| Truist 1181 | 02/09/2026 | Expense | Afterpay | Credit Card Processing Fees | -9.34 |
| Truist 1181 | 02/09/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -518.24 |
| Truist 1181 | 02/09/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -666.37 |
| Truist 1181 | 02/09/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -734.87 |
| Truist 1181 | 02/09/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -947.70 |
| Truist 1181 | 02/09/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -1,181.95 |
| Truist 1181 | 02/09/2026 | Expense | Medline Industries, Inc. | Cost of Revenues Retail | -1,139.01 |
| Truist 1181 | 02/09/2026 | Expense | US BioTek | Cost of Revenues Retail | -688.00 |
| Truist 1181 | 02/09/2026 | Expense | US BioTek | Cost of Revenues Retail | -688.00 |
| Truist 1181 | 02/09/2026 | Expense | KatzAbosch | Operating Expense | -1,894.75 |
| Truist 1181 | 02/09/2026 | Journal Entry | Labcorp | | -10,000.00 |
| Truist 1181 | 02/09/2026 | Expense | Verizon | Telephone & Internet | -274.00 |
| Truist 1181 | 02/09/2026 | Expense | Federal Express | Postage & Delivery | -551.53 |
| Truist 1181 | 02/10/2026 | Expense | Paylocity | Employee Insurance Benefits | -50.00 |
| Truist 1181 | 02/10/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 02/10/2026 | Expense | Mend Family | Dues & Subscriptions | -1,320.00 |
| Truist 1181 | 02/10/2026 | Expense | Transperfect Remote Interpreting Inc | Operating Expense | -50.00 |
| Truist 1181 | 02/10/2026 | Journal Entry | Roberts Oxygen | | -125.89 |
| Truist 1181 | 02/10/2026 | Expense | IDEA 247 Inc | Line of Credit | -3,466.92 |
| Truist 1181 | 02/10/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -128.61 |
| Truist 1181 | 02/11/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 02/11/2026 | Expense | Zach Dancel - Personal CC reimb | | -20,000.00 |
| Truist 1181 | 02/11/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -79.51 |
| Truist 1181 | 02/11/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -32.11 |
| Truist 1181 | 02/12/2026 | Expense | Verizon | Telephone & Internet | -227.20 |
| Truist 1181 | 02/12/2026 | Expense | Medva | Contracted Labor | -4,611.50 |
| Truist 1181 | 02/12/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -234.23 |
| Truist 1181 | 02/12/2026 | Expense | Afterpay | Credit Card Processing Fees | -1.58 |
| Truist 1181 | 02/12/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 02/12/2026 | Expense | Healthpeak | Rent Expense | -10,159.62 |
| Truist 1181 | 02/12/2026 | Journal Entry | Elizabethean Court Associates II LP | | -13,659.24 |
| Truist 1181 | 02/13/2026 | Expense | Truist - chargeback | Insurance Receivable | -3,820.00 |
| Truist 1181 | 02/13/2026 | Expense | Paylocity | COS - Employee Health Benefits | -349.92 |
| Truist 1181 | 02/13/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -56.68 |

| | | | | | |
|---|---|---|---|---|---|
| Truist 1181 | 02/13/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 02/13/2026 | Expense | Hallandale | Cost of Revenues Retail | -2,500.00 |
| Truist 1181 | 02/13/2026 | Expense | Secure Waste | Operating Expense | -560.00 |
| Truist 1181 | 02/17/2026 | Expense | Federal Express | Postage & Delivery | -288.32 |
| Truist 1181 | 02/17/2026 | Expense | Cox Communications | Telephone & Internet | -160.28 |
| Truist 1181 | 02/17/2026 | Expense | Truist Merchant Services | Credit Card Processing Fees | -8,822.83 |
| Truist 1181 | 02/17/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -98.62 |
| Truist 1181 | 02/17/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -3,330.96 |
| Truist 1181 | 02/17/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -2,868.68 |
| Truist 1181 | 02/17/2026 | Expense | Empower Pharmacy | Cost of Revenues Retail | -1,798.60 |
| Truist 1181 | 02/17/2026 | Expense | Konica Minolta Business Solutions | Computer & IT | -46.62 |
| Truist 1181 | 02/17/2026 | Expense | IDEA 247 Inc | Line of Credit | -3,466.92 |
| Truist 1181 | 02/17/2026 | Expense | US BioTek | Cost of Revenues Retail | -688.00 |
| Truist 1181 | 02/17/2026 | Expense | Zach Dancel - Personal CC reimb | | -34,000.00 |
| Truist 1181 | 02/18/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -282.06 |
| Truist 1181 | 02/18/2026 | Expense | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 02/19/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -11.24 |
| Truist 1181 | 02/19/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -316.49 |
| Truist 1181 | 02/19/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -182.04 |
| Truist 1181 | 02/19/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -138.42 |
| Truist 1181 | 02/19/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -3,542.60 |
| Truist 1181 | 02/20/2026 | Expense | Paylocity Billing | COS - Employee Health Benefits | -1,943.18 |
| Truist 1181 | 02/20/2026 | Expense | Paylocity | COS - Employee Health Benefits | -33.98 |
| Truist 1181 | 02/20/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -180.29 |
| Truist 1181 | 02/20/2026 | Expense | Trizetto | Computer & IT | -218.73 |
| Truist 1181 | 02/20/2026 | Expense | Public Services | Operating Expense | -520.51 |
| Truist 1181 | 02/20/2026 | Expense | US BioTek | Cost of Revenues Retail | -1,945.00 |
| Truist 1181 | 02/20/2026 | Expense | Paylocity Billing | COS - Employee Health Benefits | -1,342.26 |
| Truist 1181 | 02/20/2026 | Expense | United - group premium | | -1,751.58 |
| Truist 1181 | 02/20/2026 | Expense | Carefirst | | -25,263.29 |
| Truist 1181 | 02/23/2026 | Expense | Federal Express | Postage & Delivery | -199.03 |
| Truist 1181 | 02/23/2026 | Expense | Intuit - QBO | Computer & IT | -283.25 |
| Truist 1181 | 02/23/2026 | Expense | Henry & O'Donnell, P.C. | Operating Expense | -18,250.00 |
| Truist 1181 | 02/23/2026 | Expense | Shopify Capital | Loan Payable - Shopify | -281.84 |
| Truist 1181 | 02/23/2026 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -2.25 |
| Truist 1181 | 02/23/2026 | Expense | Henry & O'Donnell, P.C. | Legal & Professional Services | -37,500.00 |
| Truist 1181 | 02/23/2026 | Expense | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 02/23/2026 | Journal Entry | Colonial Parking | | -844.20 |
| Truist 1181 | 02/24/2026 | Journal Entry | Genova Diagnostics | | -364.00 |
| Truist 1181 | 11/28/2025 | Expense | The Hartford | Corporate Insurance | -832.00 |
| Truist 1181 | 11/28/2025 | Expense | Paylocity | COS - Employee Health Benefits | -149.43 |

| Truist 1181 | 11/28/2025 | Expense | Shopify Capital | Loan Payable - Shopify | -169.94 |
| Truist 1181 | 11/28/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -0.05 |
| Truist 1181 | 11/28/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -9.65 |
| Truist 1181 | 11/28/2025 | Expense | Intuit - QBO | Computer & IT | -118.45 |
| Truist 1181 | 11/28/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -1,111.62 |
| Truist 1181 | 11/28/2025 | Expense | Truist - chargeback | Insurance Receivable | -417.00 |
| Truist 1181 | 11/28/2025 | Expense | Nava Health MD | Operating Expense | -58,000.00 |
| Truist 1181 | 11/28/2025 | Expense | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 11/28/2025 | Expense | Hallandale | Cost of Revenues Retail | -2,500.00 |
| Truist 1181 | 12/01/2025 | Expense | SBA EIDL | Accrued Interest | -4,984.00 |
| Truist 1181 | 12/01/2025 | Expense | Gateway | Credit Card Processing Fees | -59.90 |
| Truist 1181 | 12/01/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -1.80 |
| Truist 1181 | 12/01/2025 | Expense | Shopify Capital | Loan Payable - Shopify | -106.79 |
| Truist 1181 | 12/01/2025 | Expense | Edens LP | Rent Expense | -8,888.20 |
| Truist 1181 | 12/01/2025 | Expense | Edens LP | Rent Expense | -5,000.00 |
| Truist 1181 | 12/01/2025 | Expense | AfterPay | Credit Card Processing Fees | -16.78 |
| Truist 1181 | 12/01/2025 | Expense | Verizon | Telephone & Internet | -6,312.82 |
| Truist 1181 | 12/01/2025 | Expense | 8x8 | Telephone & Internet | -3,212.00 |
| Truist 1181 | 12/01/2025 | Expense | Verizon | Telephone & Internet | -451.58 |
| Truist 1181 | 12/01/2025 | Expense | PCI Compliance | Dues & Subscriptions | -99.85 |
| Truist 1181 | 12/01/2025 | Expense | Intuit - QBO | Computer & IT | -118.45 |
| Truist 1181 | 12/01/2025 | Expense | HealthPeak | Rent Expense | -10,162.05 |
| Truist 1181 | 12/01/2025 | Expense | Integration | Dues & Subscriptions | -130.00 |
| Truist 1181 | 12/01/2025 | Expense | Washington Gas | Utility Expenses | -88.96 |
| Truist 1181 | 12/01/2025 | Expense | US BioTek | | -955.00 |
| Truist 1181 | 12/01/2025 | Expense | Paylocity | COS - Employee Health Benefits | -65.00 |
| Truist 1181 | 12/01/2025 | Expense | Bernie Dancel | | -15,000.00 |
| Truist 1181 | 12/01/2025 | Journal Entry | Elizabethean Court Associates | | -13,293.67 |
| Truist 1181 | 12/02/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -176.57 |
| Truist 1181 | 12/02/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -11.60 |
| Truist 1181 | 12/02/2025 | Expense | Shopify Capital | Loan Payable - Shopify | -72.94 |
| Truist 1181 | 12/02/2025 | Expense | Shopify Capital | Loan Payable - Shopify | -47.72 |
| Truist 1181 | 12/02/2025 | Expense | AFCO Direct | Corporate Insurance | -17,511.19 |
| Truist 1181 | 12/02/2025 | Expense | Paylocity | COS - Employee Health Benefits | -416.67 |
| Truist 1181 | 12/02/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -17.00 |
| Truist 1181 | 12/02/2025 | Expense | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 12/02/2025 | Expense | IDEA 247 | | -3,466.92 |
| Truist 1181 | 12/02/2025 | Expense | Bernie Dancel | | -65,000.00 |
| Truist 1181 | 12/03/2025 | Expense | Bankcard Depot - fees | Credit Card Processing Fees | -0.89 |
| Truist 1181 | 12/03/2025 | Expense | MedVa | Contracted Labor | -4,256.80 |
| Truist 1181 | 12/03/2025 | Expense | FedEx | Postage & Delivery | -506.66 |
| Truist 1181 | 12/03/2025 | Expense | Shopify Capital | Loan Payable - Shopify | -250.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Truist 1181 | 12/03/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -168.56 |
| Truist 1181 | 12/03/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -29.03 |
| Truist 1181 | 12/03/2025 | Expense | | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 12/03/2025 | Expense | | AppRiver, LLC | Operating Expense | -11,000.00 |
| Truist 1181 | 12/03/2025 | Expense | | Mutual of Omaha | | -1,564.92 |
| Truist 1181 | 12/03/2025 | Journal Entry | BILL 12-03-25 AP cNk% | WholeScripts | BILL 12/03/25 Payables Funding | -10,400.65 |
| Truist 1181 | 12/04/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -8.18 |
| Truist 1181 | 12/04/2025 | Expense | | Ortho Molecular Products, Inc. | Cost of Revenues Retail | -1,972.39 |
| Truist 1181 | 12/04/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -950.00 |
| Truist 1181 | 12/04/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -0.02 |
| Truist 1181 | 12/04/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -151.07 |
| Truist 1181 | 12/04/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -0.74 |
| Truist 1181 | 12/04/2025 | Expense | | US BioTek | Cost of Revenues Retail | -1,571.00 |
| Truist 1181 | 12/04/2025 | Expense | | Nextech Systems, LLC | Operating Expense | -5,623.76 |
| Truist 1181 | 12/05/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -0.01 |
| Truist 1181 | 12/05/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -1,591.62 |
| Truist 1181 | 12/05/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -13.73 |
| Truist 1181 | 12/05/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -0.02 |
| Truist 1181 | 12/05/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -200.24 |
| Truist 1181 | 12/05/2025 | Expense | | Daniels Sharpsmart | Operating Expense | -84.85 |
| Truist 1181 | 12/05/2025 | Expense | | EnTelegent Solutions - $242.08, EnTelegent Solutions - $5149.00 | Operating Expense | -5,391.08 |
| Truist 1181 | 12/05/2025 | Expense | | Paylocity | COS - Employee Health Benefits | -929.96 |
| Truist 1181 | 12/08/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -413.36 |
| Truist 1181 | 12/08/2025 | Expense | | Empower | Cost of Revenues Retail | -3,330.96 |
| Truist 1181 | 12/08/2025 | Expense | | Empower | Cost of Revenues Retail | -2,889.20 |
| Truist 1181 | 12/08/2025 | Expense | | Empower | Cost of Revenues Retail | -1,798.60 |
| Truist 1181 | 12/08/2025 | Expense | | Verizon | Telephone & Internet | -294.90 |
| Truist 1181 | 12/08/2025 | Expense | | EarthLink | Telephone & Internet | -400.00 |
| Truist 1181 | 12/08/2025 | Expense | | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 12/08/2025 | Expense | | US BioTek | Cost of Revenues Retail | -1,556.00 |
| Truist 1181 | 12/08/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -3.05 |
| Truist 1181 | 12/08/2025 | Expense | | TransPerfect Remote | Operating Expense | -60.00 |
| Truist 1181 | 12/08/2025 | Expense | | Bernaldo Dancel | Reimbursement | -30,000.00 |
| Truist 1181 | 12/08/2025 | Journal Entry | BILL 12-08-25 AP c4ft | Roberts Oxygen | BILL 12/08/25 Payables Funding | -181.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Truist 1181 | 12/09/2025 | Expense | | Verizon | Telephone & Internet | -274.00 |
| Truist 1181 | 12/09/2025 | Expense | | Verizon | Telephone & Internet | -47.99 |
| Truist 1181 | 12/09/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -196.81 |
| Truist 1181 | 12/09/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -6.38 |
| Truist 1181 | 12/09/2025 | Expense | | Nextech Systems, LLC | Accrued Expenses | -15,221.29 |
| Truist 1181 | 12/09/2025 | Expense | | Mend Family | Dues & Subscriptions | -1,320.00 |
| Truist 1181 | 12/09/2025 | Expense | | IDEA 247 | | -3,466.92 |
| Truist 1181 | 12/09/2025 | Expense | | Bernaldo Dancel | Reimbursement | -35,000.00 |
| Truist 1181 | 12/09/2025 | Journal Entry | BILL 12-09-25 AP c^We | Colonial Parking | BILL 12/09/25 Payables Funding | -840.26 |
| Truist 1181 | 12/10/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -200.01 |
| Truist 1181 | 12/10/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -59.13 |
| Truist 1181 | 12/10/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -16.89 |
| Truist 1181 | 12/10/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -2.58 |
| Truist 1181 | 12/11/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -64.55 |
| Truist 1181 | 12/11/2025 | Expense | | US BioTek | Cost of Revenues Retail | -1,100.00 |
| Truist 1181 | 12/11/2025 | Expense | | Daniels Sharpsmart | Operating Expense | -415.70 |
| Truist 1181 | 12/11/2025 | Journal Entry | BILL 12-11-25 AP dcqp | Roberts Oxygen | BILL 12/11/25 Payables Funding | -172.45 |
| Truist 1181 | 12/12/2025 | Expense | | Paylocity | COS - Employee Health Benefits | -87.42 |
| Truist 1181 | 12/12/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -224.65 |
| Truist 1181 | 12/12/2025 | Expense | | Verizon | Telephone & Internet | -227.20 |
| Truist 1181 | 12/12/2025 | Expense | | Synchrony Bank Merchant Deposit | Credit Card Processing Fees | -1,730.82 |
| Truist 1181 | 12/12/2025 | Expense | | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 12/12/2025 | Expense | | US BioTek | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 12/12/2025 | Expense | | Hallandale | Cost of Revenues Retail | -2,500.00 |
| Truist 1181 | 12/12/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -19.08 |
| Truist 1181 | 12/12/2025 | Expense | | EZ Plus | Operating Expense | -966.00 |
| Truist 1181 | 12/12/2025 | Expense | | Paylocity | COS - Employee Health Benefits | -122.66 |
| Truist 1181 | 12/12/2025 | Journal Entry | BILL 12-12-25 AP dh.P | Genova Diagnostics | BILL 12/12/25 Payables Funding | -728.00 |
| Truist 1181 | 12/15/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -424.39 |
| Truist 1181 | 12/15/2025 | Expense | | FedEx | Postage & Delivery | -69.36 |
| Truist 1181 | 12/15/2025 | Expense | | Hometrust | Contracted Labor | -8,922.18 |
| Truist 1181 | 12/15/2025 | Expense | | SBA EIDL Loan | Due (to)/From St Ends | -1,254.50 |

| Truist 1181 | 12/15/2025 | Expense | Edens LP | | Rent Expense | -20,871.39 |
| Truist 1181 | 12/15/2025 | Expense | Truist Merchant | | Bank Charges & Fees | -7,220.23 |
| Truist 1181 | 12/15/2025 | Expense | US BioTek | | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 12/15/2025 | Expense | US BioTek | | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 12/15/2025 | Expense | Offit Kurman Attorneys | | Legal & Professional Services | -15,000.00 |
| Truist 1181 | 12/15/2025 | Expense | Chargeback | | Insurance Receivable | -199.00 |
| Truist 1181 | 12/15/2025 | Expense | Konica Minolta Business Solutions | | Computer & IT | -24.43 |
| Truist 1181 | 12/15/2025 | Expense | MedVa | | Contracted Labor | -4,265.70 |
| Truist 1181 | 12/16/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -562.71 |
| Truist 1181 | 12/16/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -4.88 |
| Truist 1181 | 12/16/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -0.02 |
| Truist 1181 | 12/16/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -118.62 |
| Truist 1181 | 12/16/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -8.71 |
| Truist 1181 | 12/16/2025 | Expense | IDEA 247 | | | -3,466.92 |
| Truist 1181 | 12/16/2025 | Expense | MedXwaste - NY LLC | | Operating Expense | -53.31 |
| Truist 1181 | 12/16/2025 | Expense | Paylocity | | COS - Employee Health Benefits | -65.00 |
| Truist 1181 | 12/16/2025 | Expense | US BioTek | | Cost of Revenues Retail | -770.00 |
| Truist 1181 | 12/16/2025 | Expense | Bernaldo Dancel | Reimbursement | | -25,000.00 |
| Truist 1181 | 12/17/2025 | Expense | US BioTek | | Cost of Revenues Retail | -389.00 |
| Truist 1181 | 12/17/2025 | Expense | NHMD | Wire to Fund Bank Account | Operating Expense | -1,000.00 |
| Truist 1181 | 12/17/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -87.53 |
| Truist 1181 | 12/17/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -55.15 |
| Truist 1181 | 12/17/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -15.23 |
| Truist 1181 | 12/17/2025 | Expense | FedEx | | Postage & Delivery | -319.45 |
| Truist 1181 | 12/17/2025 | Expense | Nex-Tech | | Equipment Repair & Maintenance | -2,411.57 |
| Truist 1181 | 12/18/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -9.29 |
| Truist 1181 | 12/18/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -4.44 |
| Truist 1181 | 12/18/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -180.56 |
| Truist 1181 | 12/18/2025 | Expense | Cox Communications | | Telephone & Internet | -160.28 |
| Truist 1181 | 12/18/2025 | Expense | US BioTek | | Cost of Revenues Retail | -1,556.00 |
| Truist 1181 | 12/19/2025 | Expense | Paylocity | | COS - Employee Health Benefits | -1,275.32 |
| Truist 1181 | 12/19/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -442.68 |
| Truist 1181 | 12/19/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -3,747.95 |
| Truist 1181 | 12/19/2025 | Expense | US BioTek | | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 12/19/2025 | Expense | Chargeback | | Insurance Receivable | -139.00 |
| Truist 1181 | 12/19/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -2.34 |
| Truist 1181 | 12/19/2025 | Expense | Edens LP | | Rent Expense | -5,000.00 |
| Truist 1181 | 12/19/2025 | Expense | Bill.Com | Billing Fees | Operating Expense | -815.98 |

| Account | Date | Type | Name | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| Truist 1181 | 12/19/2025 | Expense | | JP Morgan Chase | Bernie Dancel CC Payment | -11,000.00 |
| Truist 1181 | 12/19/2025 | Journal Entry | BILL 12-19-25 AP dL11 | Elizabethean Court Associates - $13,293.67, FMLA Source - $829.35 | BILL 12/19/25 Payables Funding | -14,123.02 |
| Truist 1181 | 12/22/2025 | Expense | | Empower | Cost of Revenues Retail | -3,075.71 |
| Truist 1181 | 12/22/2025 | Expense | | Empower | Cost of Revenues Retail | -3,330.96 |
| Truist 1181 | 12/22/2025 | Expense | | Empower | Cost of Revenues Retail | -1,798.60 |
| Truist 1181 | 12/22/2025 | Expense | | MedLine | Cost of Revenues Retail | -5,473.62 |
| Truist 1181 | 12/22/2025 | Expense | | Truist Service Charges | Bank Charges & Fees | -775.96 |
| Truist 1181 | 12/22/2025 | Expense | | Edens | Rent Expense | -2,975.64 |
| Truist 1181 | 12/22/2025 | Expense | | MedLine | Cost of Revenues Retail | -2,687.61 |
| Truist 1181 | 12/22/2025 | Expense | | MedLine | Cost of Revenues Retail | -1,917.35 |
| Truist 1181 | 12/22/2025 | Expense | | MedLine | Cost of Revenues Retail | -1,137.01 |
| Truist 1181 | 12/22/2025 | Expense | | MedLine | Cost of Revenues Retail | -863.36 |
| Truist 1181 | 12/22/2025 | Expense | | MedLine | Cost of Revenues Retail | -268.17 |
| Truist 1181 | 12/22/2025 | Expense | | Intuit | Computer & IT | -283.25 |
| Truist 1181 | 12/22/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -221.68 |
| Truist 1181 | 12/22/2025 | Expense | | AfterPay | Credit Card Processing Fees | -24.90 |
| Truist 1181 | 12/22/2025 | Expense | | PSEG | Utility Expenses | -231.63 |
| Truist 1181 | 12/22/2025 | Expense | | TriZetto Provider Solutions | Computer & IT | -77.13 |
| Truist 1181 | 12/22/2025 | Expense | | Merritt Properties, LLC | Rent Expense | -16,305.46 |
| Truist 1181 | 12/22/2025 | Expense | | Healthpeak | Rent Expense | -10,162.05 |
| Truist 1181 | 12/23/2025 | Expense | | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 12/23/2025 | Expense | | AfterPay | Charges & Penalties | -2.25 |
| Truist 1181 | 12/23/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -129.82 |
| Truist 1181 | 12/23/2025 | Expense | | IDEA 247 | | -3,466.92 |
| Truist 1181 | 12/23/2025 | Expense | | JP Morgan Chase | Bernie Da | -25,000.00 |
| Truist 1181 | 12/24/2025 | Expense | | Verizon | Telephone & Internet | -240.18 |
| Truist 1181 | 12/24/2025 | Expense | | US BioTek | Cost of Revenues Retail | -778.00 |
| Truist 1181 | 12/24/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -195.16 |
| Truist 1181 | 12/24/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -116.06 |
| Truist 1181 | 12/24/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -60.71 |
| Truist 1181 | 12/24/2025 | Expense | | Bankcard Depot - fees | Credit Card Processing Fees | -27.38 |
| Truist 1181 | 12/24/2025 | Expense | | Konica Minolta Business Solutions | Computer & IT | -22.41 |
| Truist 1181 | 12/26/2025 | Expense | | Paylocity | COS - Employee Health Benefits | -160.23 |
| Truist 1181 | 12/26/2025 | Expense | | Washington Gas | Utility Expenses | -272.00 |
| Truist 1181 | 12/26/2025 | Expense | | FedEx | Postage & Delivery | -141.12 |
| Truist 1181 | 12/26/2025 | Expense | | Shopify Capital | Loan Payable - Shopify | -109.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Truist 1181 | 12/26/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -5.87 |
| Truist 1181 | 12/26/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -666.64 |
| Truist 1181 | 12/26/2025 | Expense | Bankcard Depot - fees | | Credit Card Processing Fees | -0.04 |
| Truist 1181 | 12/26/2025 | Expense | Hallandale | | Cost of Revenues Retail | -2,500.00 |
| Truist 1181 | 12/26/2025 | Expense | Nava Health MD | 12/26 Wire - to fund bank account | Operating Expense | -3,000.00 |
| Truist 1181 | 12/26/2025 | Expense | Chargeback | | Insurance Receivable | -199.00 |
| Truist 1181 | 12/29/2025 | Expense | The Hartford | | Corporate Insurance | -832.00 |
| Truist 1181 | 12/29/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -171.79 |
| Truist 1181 | 12/29/2025 | Expense | Verizon | | Telephone & Internet | -5,351.99 |
| Truist 1181 | 12/29/2025 | Expense | Verizon | | Telephone & Internet | -451.58 |
| Truist 1181 | 12/29/2025 | Expense | Intuit | | Computer & IT | -118.45 |
| Truist 1181 | 12/29/2025 | Expense | Intuit | | Computer & IT | -118.45 |
| Truist 1181 | 12/29/2025 | Expense | Hartford Premium | | Operating Expense | -5,000.00 |
| Truist 1181 | 12/29/2025 | Expense | South Jersey Gas | | Utility Expenses | -37.80 |
| Truist 1181 | 12/29/2025 | Expense | Chargeback | | Insurance Receivable | -139.00 |
| Truist 1181 | 12/29/2025 | Expense | Bill.com | Monthly Billing | Dues & Subscriptions | -69.48 |
| Truist 1181 | 12/29/2025 | Expense | Image First | | Uniforms & Laundry | -200.00 |
| Truist 1181 | 12/29/2025 | Expense | Paylocity | | COS - Employee Health Benefits | -65.00 |
| Truist 1181 | 12/30/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -43.12 |
| Truist 1181 | 12/30/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -36.39 |
| Truist 1181 | 12/30/2025 | Expense | JP Morgan Chase | | | -10,000.00 |
| Truist 1181 | 12/31/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -137.04 |
| Truist 1181 | 12/31/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -65.95 |
| Truist 1181 | 12/31/2025 | Expense | Shopify Capital | | Loan Payable - Shopify | -64.88 |
| Truist 1181 | 12/31/2025 | Expense | Chargeback | | Insurance Receivable | -72.31 |
| Truist 1181 | 12/31/2025 | Expense | 8x8 | | Telephone & Internet | -632.61 |
| Truist 1181 | 12/31/2025 | Expense | FPL | | Utility Expenses | -476.89 |

`

# Attachment to SOFA #4

| **Nava Health Medical Group, LLC Truist Bank Insider Disbursements** | | | |
|---|---|---|---|
| 9/30/2025 | $29,885.80 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 10/8/2025 | $30,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 10/21/2025 | $20,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 10/24/2025 | $23,100.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 10/30/2025 | $40,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/4/2025 | $20,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/6/2025 | $20,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/7/2025 | $7,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/14/2025 | $20,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/17/2025 | $5,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/19/2025 | $20,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/20/2025 | $10,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 11/26/2025 | $20,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 12/1/2025 | $15,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 12/2/2025 | $65,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 12/8/2025 | $30,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 12/9/2025 | $35,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 12/16/2025 | $25,000.00 | Bernaldo Dancel | Reimbursement for Charges on Personal CC |
| 12/26/2025 | $10,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 1/13/2026 | $35,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 1/15/2026 | $7,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 1/20/2026 | $20,200.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 1/23/2026 | $20,200.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 1/23/2026 | $10,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 1/27/2026 | $10,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 1/30/2026 | $20,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 2/2/2026 | $8,380.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 2/3/2026 | $30,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 2/6/2026 | $15,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 2/11/2026 | $20,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 2/17/2026 | $34,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |
| 2/24/2026 | $7,000.00 | Zachary Dancel | Reimbursement for Charges on Personal CC |

**Statement of Fin. Affairs #7 - Lawsuits and other Legal Proceedings**

| Case Name | Case Number | Location | Status |
|---|---|---|---|
| Ameris Bank dba Balboa Capital vs. Nava Health Medical Group, LLC | PAS-L-2756-25 | Superior Court of New Jersey Law Division: Pasaic County | Order of Default Judgement |
| Ameris Bank dba Balboa Capital vs. Nava Health Medical Group, LLC | C-13-JG-26-000170 | Circuit Court for Howard County, Maryland | Notice of Foreign Judgment |
| Bregman, Bergert, Schwartz & Gilday, LLC vs. Nava Health | D-06-LT-25-82470-001 | District Court of Maryland for Montgomery County | Failure to Pay Rent - Complaint for Repossion Filed |
| Commonwealth of Virginia, County of Loudon | | Garnishment sent to Truist | Notice of Lien |
| I.C.C. Construction Services, Inc. | ML25000504 | Clerk of the County of Nassau, New York | Notice of Mechanics Lien-Served 10/15/2025 |
| MMP Capital, LLC vs Nava Health Medical Group, LLC, Carl Lord | 618556/2025 | Nassau County Supreme Court, NY | Motion for Default Judgement |
| Old Forge Builders Inc. vs. Milelli Madison SBP, LLC, Nava Health Medical Group, LLC | MRSL97025 | Superior Court of New Jersey Law Division: Madison County | Order for Judgement |
| Old Forge Builders Inc. vs. Milelli Madison SBP, LLC, Nava Health Medical Group, LLC | MRSL00097025 | Superior Court of New Jersey Law Division: Morris County | Order of Final Judgement |
| Old Forge Builders vs. Montvale Development Assoc, Nava Health Medical Group | BER-L-003186-25 | Superior Court of New Jersey Law Division:  Bergen County | Hearing on Final Judgement |
| Pathward, National Association vs. Nava Health MD, LLC and Nava Health Medical Group, LLC | 2025-004041-CB | State of Michigan, Circuit Court for County of Macomb | Hearing on Entry of Judgement |
| Stratus Building Solutions vs. Nava Health and Vitality | ESX-DC-034648-25 | Superior Court of New Jersey Law Division: Essex County | Request to enter Default Judgement |
| Tech-Air Services, LLC v.Milelli Madison SBP, LLC, Nava Health Medical Group, LLC | MRSL86925 | Superior Court of New Jersey Law Division: Morris County | Summons |

# United States Bankruptcy Court
### Eastern District of Virginia

In re   NAVA Health Medical Group, LLC
                                        Debtor(s)

Case No. _____

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................................   $   37,500.00

    Prior to the filing of this statement I have received ...........................................   $   37,500.00

    Balance Due ...................................................................................................   $   0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor       ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ☒ Debtor       ☐ Other *(specify)*

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 1, 2026
*Date*

/s/ Kevin ODonnell

Kevin ODonnell
*Signature of Attorney*

Henry and ODonnell PC
*Name of Law Firm*
5791 Bush Hill Drive
Alexandria, VA 22314
(703) 861-2662   Fax:

# United States Bankruptcy Court
## Eastern District of Virginia

In re    NAVA Health Medical Group, LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dr. Carl Douglas Lord | Membership interest | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 1, 2026

Signature    /s/  Bernaldo Dancel
              Bernaldo Dancel

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AbbVie US LLC
62671 Collection Center Drive
Chicago, IL 60693-0626


Abby Gillum
908 S Decker Ave
Baltimore, MD 21224


Aetna
PO Box 14079
Lexington, KY 40512-4079


Aetna
Attn: (Joyce Wright)
PO Box 981106
El Paso, TX 79998-1106


Alastin Skincare
5999 Avenida Encinas Suite 100
Carlsbad, CA 92008


American Express
P.O. Box 981531
El Paso, TX 79998-1531


Ameris Bank
P.O. Box 105075
Atlanta, GA 30348


Andrea Morales
3920 Denfeld Ct
Kensington, MD 20895


Annie Ressalam
13913 Cristo Ct
Centreville, VA 20120


Antidote 71, Inc.
1001 Farnam Street, Suite 201
Omaha, NE 68102


Ashley Beccaloni
18303 Wickham Rd
Olney, MD 20832


Baker, Donelson, et al.
165 Madison Avenue, Suite 2000
Memphis, TN 38103


Beckman Coulter Inc
Dept. CH 10164
Palatine, IL 60055-0164


Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437

Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bonusly
2755 Canyon Boulevard
Boulder, CO 80301


Bradsby Group
1700 Broadway, Suite 1500
Denver, CO 80290


Bruna Guimaraes
2908 Kingswell Dr
Silver Spring, MD 20902


Budhachart Anglin
11349 Liberty St
Fulton, MD 20759


C. Douglas Lord, MD
15814 Thistlebridge Drive
Rockville, MD 20853


Cara Snow
5205 Concordia St
Fairfax, VA 22032


CareFirst BlueCross BlueShield
10455 Mill Run Circle
Owings Mills, MD 21117-5559


Channel Partners
10900 Wayzata Blvd
Hopkins, MN 55305


Choice Pharmacy
2600 Cordes Dr. Ste E
Sugar Land, TX 77479-1352

Cigna
900 Cottage Grove Road, W3SIU
Hartford, CT 06152


Cleveland HeartLab
6701 Carnegie Avenue
Cleveland, OH 44103


CMK Contractors Inc
15347 South Cicero Avenue
Oak Forest, IL 60452


Colleen Desimone
151 Willow Brook Rd
Hudson, NY 12534-4678


CONTENTFIRST.MARKETING
4500 Walnut Hill Lane
Dallas, TX 75229


County of Fairfax
PO Box 10203
Fairfax, VA 22035


CRE8 Pharmacy Group, LLC
3700 NW 126th Ave
Coral Springs, FL 33065


DDR Southeast Fountains, LLC
3300 Enterprise Parkway
Beachwood, OH 44122


DDR Southeast Fountains, LLC
3300 Enterprise Parkway
Beachwood, OH 44122


Division of Unemployment Insurance
100 S Charles St, Tower 1, Room 3100
Baltimore, MD 21201


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853

```
Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Douglas Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dr. Carl Lord
15814 Thistlebridge Drive
Rockville, MD 20853


Dreamseats, LLC
166 Laurel Road
East Northport, NY 11731


Drip Digital Media
8151 E Evans Rd
Scottsdale, AZ 85260


Drip Digital Media
8151 E Evans Rd
Scottsdale, AZ 85260


Effectv
1 Comcast Center 32nd Floor
Philadelphia, PA 19103


Elizabethean Court Assoc. II, LP
PO Box 821553
Philadelphia, PA 19182-1553


Elizabethean Court Associates II, LP
PO Box 821553
Philadelphia, PA 19182-1553


Eric Filer
61 Randolph Place NW
Washington, DC 20001


Ezell Kent
208 W 11th Ave
Brooklyn, MD 21225
```

Falcon Equipment Finance
PO Box 843840
Dallas, TX 75284-3840


Financial Partners Leasing Co.
65 Mechanic Street, Suite 207
Red Bank, NJ 07701


Financial Partners Leasing Co.
65 Mechanic Street, Suite 207
Red Bank, NJ 07701


Flagstar Bank
PO Box 650783
Dallas, TX 75265-0783


Forever Booked
53 Cambridge St. N
Ontario,


Gina Cushenberry
6817 Georgia Ave NW Apt 309
Washington, DC 20012-2529


Google, Inc.
P.O. Box 39000, Dept. 33654
San Francisco, CA 94139


Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202


Hallandale
2666 SW 36th St
Fort Lauderdale, FL 33312


HawkSEM
10940 wilshire blvd suite 1600
los angeles, CA 90024


HCP MOP Fairfax VA, LP
3000 Meridian Blvd, Suite 200
Franklin, TN 37067


HCP MOP Fairfax VA, LP
3000 Meridian Boulevard
Suite 200
Franklin, TN 37067


HomeTrust Bank
17065 Nat Bynum Lane
Corneilius, NC 28031


Howard County Government
3430 Court House Drive
Ellicott City, MD 21041

HubSpot Inc.
PO Box 419842
Boston, MA 02241-9842


Hydrafacial
3600 E Burnett St
Long Beach, CA 90815


Idea 24-7, Inc. Attn Justin Leto
800 NW 62nd Ave, Suite 750
Miami, FL 33126


iHeartMedia
PO Box 406372
Atlanta, GA 30384-6372


iMark Infotech Pvt Ltd
Plot-22 & 23, 3rd Floor, Block D, DLF
Building, IT Park Chandigarh


Inyoung Lee
3882 Billberry Dr
Fairfax, VA 22033


Ironmark, Inc
9040 Junction Drive
Annapolis Junction, MD 20701


Jacob Carroll
11500 Frederick Road
Ellicott CityE, MD 21042


Jaung Soon Park
19230 Abbey Manor Dr
Brookeville, MD 20833


Jennifer Skroupa
34 Chantilly Park Lane
Morgantown, WV 26508


Kali Johnson
93 Westridge
Odenton, MD 21113


Kiara-Maria Carter
1680 Langley Drive
Hagerstown, MD 21740


Laboratory Corporation of America
PO Box 12140
Burlington, NC 27216-2140


LCA Bank Corporation
P.O. Box 1297
Troy, MI 48099-1297

Lily Bowers
19 Martine Ct
Owings Mills, MD 21117


LMSI, LLC dba Lighthouse Lab Services
1337 Hundred Oaks Drive, Suite A
Charlotte, NC 28217


Macquarie Equipment Capital Inc.
1301 Riverplace Blvd. Level 4
Jacksonville, FL 32207


Maria Montenegro
2985 Normandy Drive
Ellicott City, MD 21043


McKesson Specialty Care Dist.
15212 Collections Center Dr.
Chicago, IL 60693


Medline
Dept. CH 14400
Palatine, IL 60055-4400


Medline
Dept. CH 14400
Palatine, IL 60055-4400


Medline
Dept. CH 14400
Palatine, IL 60055-4400


Medline
Dept. CH 14400
Palatine, IL 60055-4400


Medline
Dept. CH 14400
Palatine, IL 60055-4400


Medline
Dept CH 14400
Palatine, IL 60055-4400


Medstar Media, Inc.
10808 S. River Front Parkway, Suite 3020
South Jordan, UT 84095


Merritt Properties, LLC
2066 Lord Baltimore Drive
Baltimore, MD 21244


Merritt Properties, LLC
2066 Lord Baltimore Dr
Baltimore, MD 21224

Merritt Properties, LLC
2066 Lord Baltimore Drive
Baltimore, MD 21224


Mikyoung Kim
4393 Poplar Tree Ct
Chantilly, VA 20151


Mira Thanki
8106 Fenwick Court
Laurel, MD 20707


MMP Capital
19 Engineers Lane
Farmingdale, NY 11735


MMP Capital
19 Engineers Lane
Farmingdale, NY 11735
Farmingdale, NY 11735


Montgomery County Government
PO Box 824860
Philadelphia, PA 19182


Nancy Torell
34 Court House Square
Rockville, MD 20850


NAVA Health MD, Inc.
8316 Arlington Boulevard
Suite 206
Fairfax, VA 22031


NEC Financial Services
250 Pehle Ave
Saddle Brook, NJ 07663


New York State Dept of Health
CLEP Wadsworth Center
Albany, NY 12237-0012


North Mill Equipment
601 Merritt 7, Suite 5
Norwalk, CT 06851


North Mill Equipment
601 Merritt 7, Suite 5
Norwalk, CT 06851


Olivia Clark
10090 Mill Run Circle
Apt 404
Owings Mills, MD 21117

```
Orchard Software
701 CONGRESSIONAL BLVD, Suite 360
Carmel, IN 46032


Ortho Molecular Products, Inc.
Lockbox L-4085
Columbus, OH 43260-4085


Pawnee Leasing Corporation
3801 Automation Way, Suite 207
Fort Collins, CO 80525


Rachel Nevas Peled
6417 Tilden Ln
Rockville, MD 20852


Revance Therapeutics, Inc.
1222 Demonbreun St., Suite 2000
Nashville, TN 37203


Ryan Park (E&A), LLC
c/o Edens Limited Partnership
PO Box 536856
Atlanta, GA 30353-6856


Ryans Park E&A, LLC
PO Box 536856, Tenant #89066
Atlanta, GA 30353-6856


Sabina Broadhead
10438 Democracy Ln
Potomac, MD 20854


Samantha Suller
619 Hollywood Rd
Severna Park, MD 21146


Sharon Montes
643 Peggy Ct
Loveland, CO 80537


Shopify LOC
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243


Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243


Soraya Salehi
21132 Angela Sq
Sterling, VA 20166
```

Stephanie Curran
6130 Covington Rd
Columbia, MD 21044


Stephanie Misanik
2001 Oakmont Ter
Coral Springs, FL 33071


Straight North, LLC
1001 W. 31st Street, Suite 100
Downers Grove, IL 60515


Strive Pharmacy
3906 Cragmont Drive
Tampa, FL 33619


Tandem Finance, Inc.
3801 Automation Way, Suite 207
Fort Collins, CO 80525


Tech-Air Services, LLC
121 Hamburg Tpke
Bloomingdale, NJ 07403


Treasurer of Loudoun County
PO Box 1000
Leesburg, VA 20177


Treasurer of Loudoun County
PO Box 1000
Leesburg, VA 20177


Verizon
PO Box 15403
Albany, NY 12212-5043


Verizon
PO Box 15403
Albany, NY 12212-5043


Verizon
PO Box 15403
Albany, NY 12212-5043


Viral Coach
PO Box 3626
Palmer, AK 99645


WholeScripts
6900 Kingspointe Parkway
Orlando, FL 32819


WiQo.Us, Inc.
76 Treble Cove Road
Building 3 Suite 3A
North Billerica, MA 01862

# United States Bankruptcy Court
## Eastern District of Virginia

In re    NAVA Health Medical Group, LLC                 Case No.
                                        Debtor(s)          Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   NAVA Health Medical Group, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| March 1, 2026 | /s/ Kevin ODonnell |
|---|---|
| Date | Kevin ODonnell |
| | Signature of Attorney or Litigant |
| | Counsel for    NAVA Health Medical Group, LLC |
| | Henry and ODonnell PC |
| | 5791 Bush Hill Drive |
| | Alexandria, VA 22314 |
| | (703) 861-2662  Fax: |
| | kmo@henrylaw.com |